DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
ANNIE S. AMARAL (Bar No. 238189)
MICHAEL A. SCHAPS (Bar No. 247423)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:	(916) 444-1000
Facsimile:	(916) 444-2100
bwarne@downeybrand.com
aamaral@downeybrand.com
mlane@downeybrand.com

Attorneys for Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES; W.M. BEATY AND ASSOCIATES, INC.; EUNICE E. HOWELL, individually and doing business as Howell's forest Harvesting Company; BROOKS WALKER III, individually and as Trustee of the Clayton Brooks Danielsen, the Myles Walker Danielsen, and the Benjamin Walker Burlock Trusts; LESLIE WALKER, individually and as Trustees of the Brooks Thomas Walker and Della Grace Walker Trusts; ANN MCKEEVER HATCH, as Trustee of the Hatch 1987 Revocable Trust; WELLINGTON SMITH HENDERSON, JR., individually and as guardian for Elena D. Henderson and Mark W. Henderson; JOHN C. WALKER, individually and as Trustee of the Della Walker Van Loben Sels Trust for John C. Walker; JAMES A. HENDERSON; CHARLES C. HENDERSON; JOAN H. HENDERSON; JENNIFER WALKER, individually and as Trustee of the Emma Walker Silverman Trust; KIRBY WALKER; and LINDSEY WALKER, individually and as Trustee of the Reilly | Case No.  2:09-CV-02445-JAM-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

Hudson Keenan and Madison Flanders Keenan Trust,

          Defendants.

It is HEREBY STIPULATED by and between Plaintiff United States of America, on the one hand, and Defendants[1], on the other hand, by and through their respective counsel, that the time to file a joint status report in this matter is extended from Monday, February 1, 2010 until Monday, February 8, 2010.  Although the parties have diligently worked to prepare a joint status report by the original deadline (and Plaintiff timely circulated a proposed draft), an extension of time is necessary because Defendant Sierra Pacific Industries' general counsel suffered a serious medical emergency and is currently in the hospital awaiting surgery, and therefore is unable to provide final input and approval.

DATED:  January 29, 2010          LAWRENCE G. BROWN
                                           United States Attorney

                                           By:        /s/*KELLI TAYLOR*
                                                   KELLI TAYLOR
                                                 Assistant U.S. Attorney
                                                 Attorneys for Plaintiff,
                                               UNITED STATES OF AMERICA

DATED:  : January 29, 2010        RUSHFORD & BONOTTO, LLP

                                           By:        */s/PHILLIP R. BONOTTO*
                                                   PHILLIP R. BONOTTO
                                                 Attorney for Defendants
                                               EUNICE E. HOWELL, individually, and
                                               DBA Howell's Forest Harvesting

---

[1] "Defendants" include all defendants named in Plaintiff's First Amended Complaint.

1055092.5                             2

STIPULATION FOR AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE JSR

PDF created with pdfFactory trial version www.pdffactory.com

1 | DATED: : January 29, 2010     MATHENY SEARS LINKERT & JAIME LLP

By: ___*/s/RICHARD S. LINKERT*___
RICHARD S. LINKERT
Attorney for Defendants
W.M. BEATY & ASSOCIATES, INC. , et al

DATED: January 29, 2010     DOWNEY BRAND LLP

By: ___*/s/WILLIAM R. WARNE*___
WILLIAM R. WARNE
Attorney for Defendant
SIERRA PACIFIC INDUSTRIES

Pursuant to stipulation, it is SO ORDERED.

DATED: _____
January 29, 2010

___/s/ John A. Mendez___
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

1055092.5

3

STIPULATION FOR AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE JSR

PDF created with pdfFactory trial version www.pdffactory.com