Phillip R. Bonotto, Esq.
State Bar No. 109257
Derek VanDeviver, Esq.
State Bar No. 227902
RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
Sacramento, CA 95825
(916) 565-0590

Attorneys for Defendant,
Eunice E. Howell, individually, and DBA Howell's Forest Harvesting Co.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-cv-02445-JAM-EFB |
| Plaintiff, | **EUNICE E. HOWELL'S RULE 26(A)(1) INITIAL DISCLOSURES** |
| vs. | |
| SIERRA PACIFIC INDUSTRIES, et al., | |
| Defendants. | |
| RELATED THIRD PARTY COMPLAINTS | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Eunice E. Howell, doing business as Howell's Forest Harvesting Company, hereby provides the following initial disclosures:

**A.** the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

/ / /

**DISCLOSURE:**

**Howell's Forest Harvesting Company Employees:**

1. Kelly R. Crismon
   11944 E. Stillwater Way
   Redding, CA  96003
   (530) 276-1514

   As to operation of bulldozer in area of Moonlight Fire on date of fire; knowledge of company policies and procedures.

2. J.W. Bush
   6870 Riverland Drive #64
   Redding, CA  96002
   (530) 365-5870

   As to operation of bulldozer in area of Moonlight Fire on date of fire; knowledge of company policies and procedures.

3. Steven J. Carter
   P.O. Box 122
   Shingletown, CA  96088
   (530) 474-4811

   As to general knowledge of company policies and procedures.

4. Chris J. Harvin (last known address and telephone number)
   9294 Thatcher Mill Road
   Shingletown, CA  96088
   (530) 410-7775

   As to general knowledge of company policies and procedures.

5. Kathleen Hufford
   Tony S. Hufford
   William H. Hufford
   33134 Sites Road
   Shingletown, CA  96088
   (530) 474-4189

   As to company policies and procedures related to safety.

/ / /

/ / /

EUNICE E. HOWELL'S RULE 26(A)(1) INITIAL DISCLOSURES

6. Don f. Van Sickle
6340 Dechules Rd.
Anderson, CA  96007
(530) 365-8255

As to general knowledge of company policies and procedures.

7. Robert Brown
7075 Alward Way
Shingletown, CA  96088
(530) 945-0999

As to general knowledge of company policies and procedures; information concerning fires alleged in plaintiff's complaint.

8. Damon Baker

As to managing of non-falling operations of company; company policies and procedures related to fire watch; information concerning fires alleged in plaintiff's complaint.

**Bill Dietrich Timber Falling Employees:**

9. Bill Dietrich
P.O. Box 47
Shingletown, CA 96088
(530) 474-3963

As to operations as sub-contractor of falling for Howell's Forest Harvesting Company; company policies and procedures; information as to events alleged in plaintiff's complaint.

10. Brady L. Stocks
214 White Road
Red Bluffs, CA  96080
(moved to Georgia)

As to general knowledge of company policies and procedures.

11. David A. Jenkins
P.O. Box 183
Proberta, CA  96078
(530) 527-1327

As to general knowledge of company policies and procedures.

3

EUNICE E. HOWELL'S RULE 26(A)(1) INITIAL DISCLOSURES

12. Daniel M. Voth
    513 Short Street
    Alturas, CA  96101
    (530) 517-1189

    As to general knowledge of company policies and procedures; events alleged in plaintiff's complaint.

13. Gregory G. Stewart
    P.O. Box 493482
    Redding, CA  96049
    (530) 604-8127

    As to general knowledge of company policies and procedures.

14. James A. Keller
    6590 Southgate Drive
    Redding, CA  96001
    (530) 246-4034

    As to general knowledge of company policies and procedures.

15. L. Dale Stocks
    214 White Road
    Red Bluff, CA  96080
    (530) 527-1480

    As to general knowledge of company policies and procedures; events alleged in plaintiff's complaint.

16. Miles K. Leatherwood
    23050 Callard Ave.
    Gerber, CA  96035
    (530) 474-1962

    As to general knowledge of company policies and procedures; events alleged in plaintiff's complaint.

17. Larry G. Allen
    P.O. Box 599
    Keno, OR  97627

    As to general knowledge of company policies and procedures.

/ / /

EUNICE E. HOWELL'S RULE 26(A)(1) INITIAL DISCLOSURES

18. Richard D. Loerzel
    19569 Medovale Lane
    Redding, CA  96002
    (530) 221-5084

    As to general knowledge of company policies and procedures.

19. Ronald M. Downing
    1920 Heller Lane
    Redding, CA  96001
    (530) 241-8433

    As to general knowledge of company policies and procedures.

20. Carl J. Burquist
    29438 Westmoore Road
    Shingletown, CA  96088
    (530) 474-5179

    As to general knowledge of company policies and procedures.

**Third-Party Witnesses:**

21. Cliff Berry
    3616 Woodlake Drive
    Lake Almanor, CA  96137
    (530) 375-9002

    As to maintenance and repair of bulldozers allegedly involved in fires.

22. Craig Pritchard
    34543 Forwards Mill Road
    Manton, CA  96059
    (530) 474-3347

    As to fire near Moonlight started by quad runners.

23. Steve Du Chesne
    P.O. Box 656
    Shasta, CA
    (530) 241-4862

    As to work performed by Howell's Forest Harvesting.

/ / /

5

**EUNICE E. HOWELL'S RULE 26(A)(1) INITIAL DISCLOSURES**

24. George Bullard
    16664 Gas Point Road
    Cottonwood, CA  96022
    (530) 347-1715

    As to events surrounding Moonlight Fire.

25. Deputy Bennie Wallace
    Lassen County Sheriff's Department
    (530) 257-6121

    As to events surrounding Moonlight Fire.

26. Ryan Bauer
    463-565 Fern Way
    Pinetown, CA
    (530) 256-2451

    As to events surrounding Moonlight Fire.

27. Edwin and Jennifer Bauer
    463-565 Fern Way
    Pinetown, CA
    (530) 256-2451

    As to events surrounding Moonlight Fire.

28. Leo Whitlock
    207 8th Street
    Westwood, CA
    (530) 256-3328

    As to events surrounding Moonlight Fire.


**B.** A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

/ / /

EUNICE E. HOWELL'S RULE 26(A)(1) INITIAL DISCLOSURES

**DISCLOSURE:**

1. Documents constituting, supporting, reflecting, evidencing, or referring to all contracts or agreements between Howell's Forest Harvesting and Sierra Pacific Industries, and Howell's Forest Harvesting and Beaty & Associates, related to the Cooks Creek THP.

2. Documents constituting, supporting, reflecting, evidencing, or referring to any and all communications between Howell and the federal government related to the alleged wildfires in plaintiff's complaint.

3. Documents concerning Howell's Forest Harvesting's logging operations related to the Cooks Creek THP.

4. Documents including manuals and warnings for bulldozers used during Howell's logging operations on September 3, 2007 in the area of the Moonlight Fire.

5. Documents constituting, supporting, reflecting, evidencing, or referring to maintenance and repair work for bulldozers used during Howell's logging operations on September 3, 2007 in the area of the Moonlight Fire.

All the aforesaid documents are located at the home of Eunice Howell.  We are in the process of compiling these documents and relocating them to the Law Offices of Rushford & Bonotto, 2277 Fair Oaks Blvd., Ste. 495, Sacramento, CA  95825, for review and/or production.

/ / /

/ / /

/ / /

/ / /

/ / /

EUNICE E. HOWELL'S RULE 26(A)(1) INITIAL DISCLOSURES

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**DISCLOSURE:**

Defendant does not currently claim any damages in relation to this action.

D. for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**DISCLOSURE:**

After commencement of discovery, the applicable agreement between the Eunice Howell and her insurance carrier will be made available for copying and inspection, as required, at the Law Offices of Rushford & Bonotto, 2277 Fair Oaks Blvd., Ste. 495, Sacramento, CA  95825.

Dated:  April 15, 2010          **RUSHFORD & BONOTTO, LLP**

By:      /s/  Phillip R. Bonotto
Phillip R. Bonotto, Esq.
Attorney for Defendant,
EUNICE E. HOWELL, individually, and
DBA Howell's Forest Harvesting
Company

8

**EUNICE E. HOWELL'S RULE 26(A)(1) INITIAL DISCLOSURES**