IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

SIERRA PACIFIC INDUSTRIES, ET AL.,

    Defendants.
_____

AND RELATED CROSS-ACTIONS
_____/

Case No. 2:09-CV-02445-JAM-EFB

<u>ORDER GRANTING DEFENDANTS' MOTION TO AMEND STATUS PRE-TRIAL SCHEDULING ORDER</u>

    Pending before the Court is Defendants Sierra Pacific Industries, Eunice Howell, individually and d/b/a Howell's Forest Harvesting Company, Landownder Defendants (as that term is defined in the Second Amended Complaint), and W.M. Beaty & Associates' ("Defendants") Motion to Amend Status (Pre-trial Scheduling Order ("Motion").[1] Now, having read and considered all

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

1

papers supporting and opposing[2] the Motion, the Court HEREBY GRANTS the Motion as follows:

  Good cause having been shown, Defendants' Motion is GRANTED and the Status Pre-Trial Scheduling Order (Doc. #39) is amended as follows:

| Event | Date |
|---|---|
| Non-damages Expert Disclosures | April 22, 2011 |
| Damages Expert Disclosures | July 30, 2011 |
| Non-Expert Discovery Cut-Off | August 15, 2011 |
| Expert Discovery Cut-Off | October 17, 2011 |
| Dispositive Motions Filed | December 16, 2011 |
| Dispositive Motions Heard | January 20, 2012 |

  In addition, the Final Pre-Trial Conference is continued to 2:00 p.m. on March 12, 2012. Jury trial in this matter is set for April 16, 2012, at 9:00 a.m.

  IT IS SO ORDERED.

Dated:   August 30, 2010              _____
               JOHN A. MENDEZ,
               UNITED STATES DISTRICT JUDGE

---

[2] Despite Defendants' request to disregard the Opposition brief as untimely, the Court has read and considered Plaintiff's Opposition.