| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>KELLI L. TAYLOR<br>TODD A. PICKLES<br>Assistant United States Attorneys<br>United States Courthouse<br>501 "I" Street, Suite 10-100<br>Sacramento, California 95814<br>Telephone:  (916) 554-2700<br>Facsimile:   (916) 554-2900<br><br>Of Counsel:<br><br>JEFF MOULTON<br>Regional Attorney<br>RACHEL A. BIRKEY<br>Attorney<br>Office of the General Counsel<br>United States Department of Agriculture<br>33 New Montgomery Street, 17th Floor<br>San Francisco, California 94105<br>Telephone:  (415) 744-3011<br>Facsimile:   (415) 744-3170<br><br>Attorneys for the United States of America | DOWNEY BRAND LLP<br>WILLIAM R. WARNE (Bar No. 141280)<br>ANNIE S. AMARAL (Bar No. 238189)<br>MICHAEL SCHAPS (Bar No. 247423)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA  95814-4731<br>Telephone:     (916) 444-1000<br>Facsimile:      (916) 444-2100<br>bwarne@downeybrand.com<br>aamaral@downeybrand.com<br>mschaps@downeybrand.com<br><br>Attorneys for Defendant<br>SIERRA PACIFIC INDUSTRIES |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, *et al.*,<br><br>                              Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:09-cv-02445-JAM-EFB<br><br>**STIPULATION AND ORDER SETTING HEARINGS AND SCHEDULE ON THE UNITED STATES OF AMERICA'S AND SIERRA PACIFIC INDUSTRIES' DISCOVERY MOTIONS** |

Plaintiff the United States of America and Defendant Sierra Pacific Industries ("SPI"), through their respective counsel, hereby submit the following stipulation and proposed order setting the schedule and hearings on the parties' discovery motions.

1. The United States of America and SPI have each filed a discovery motion currently pending before the Court. The United States's Motion for a Protective Order [Docket No. 68] is presently set to be heard on September 15, 2010, and SPI's Discovery Motion [Docket No. 69] is presently set to be heard on September 22, 2010.

2. In the interests of judicial efficiency, the United States and SPI agree that the hearing on the United States's motion shall be continued from September 15 to September 22 to coincide with the hearing on SPI's motion.

IT IS SO STIPULATED.

DATED: August 31, 2010          BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Todd A. Pickles
                                TODD A. PICKLES
                                Assistant U.S. Attorneys

                                Attorneys for Plaintiff,
                                UNITED STATES OF AMERICA

DATED: August 31, 2010          DOWNEY BRAND LLP

                          By:   /s/ William R. Warne
                                WILLIAM R. WARNE

                                Attorney for Defendant,
                                SIERRA PACIFIC INDUSTRIES

**ORDER**

This matter came before the Court on the parties' Stipulation to Set the Hearings and Schedule on the United States of America's and Sierra Pacific Industries' Discovery Motions. For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the United States of America's Motion for a Protective Order [Docket No. 68] and Sierra Pacific Industries' Discovery Motion [Docket No. 69] shall be heard on **September 22, 2010** at **10:00 a.m.** in **Courtroom 24** before the undersigned.

IT IS SO ORDERED.

DATED: September 1, 2010

By: *(signature)*
Honorable Edmund F. Brennan
United States Magistrate Judge
Eastern District of California