IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,     No. CIV S-09-2445 JAM EFB

vs.

SIERRA PACIFIC INDUSTRIES, et al.,

    Defendants.     ORDER

                                      /

On November 24, 2010, the undersigned held a hearing on Sierra Pacific Industries' motion to compel production of personnel records of current and former United States Forest Service employees, and for sanctions.

For the reasons stated on the record, it is hereby ORDERED that:

1. Sierra Pacific Industries' motion to compel is granted in part and denied in part. *See* Dckt. No. 86.

2. By December 8, 2010, the United States shall produce all of the personnel records in question, except for Karen Juska's medical records, to Sierra Pacific Industries. The records are produced subject to the August 12, 2010 protective order in this case.

3. Also by December 8, 2010, the United States must submit Karen Juska's medical records to the court for *in camera* review.

////

1

1    4. The request for sanctions is denied.

2   DATED: November 24, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2