UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cv-2445 JAM-EFB |
| Plaintiff, | ORDER |
| v. | |
| SIERRA PACIFIC INDUSTRIES, et al., | |
| Defendants. | |

The Court having considered Defendant Sierra Pacific Industries' ("SPI") Motion for Partial Stay of Discovery Order (Doc #102) and Plaintiff's Opposition to this Motion (Doc #104), hereby issues the following Orders:

1. SPI's Motion for Partial Stay is GRANTED.

2. SPI shall file its Motion for Reconsideration of Magistrate Judge Brennan's November 16, 2010 Discovery Order (Doc #92) ("Motion for Reconsideration") no later than 5 p.m. on Tuesday, November 30, 2010. Plaintiff may, but is not required to, file a response to SPI's Motion for Reconsideration no later than 5 p.m. on Friday, December 3, 2010. Plaintiff's arguments set forth

1

in its Opposition to SPI's Motion for Partial Stay will be considered by this Court in deciding SPI's Motion for Reconsideration.  No reply brief from SPI will be permitted.  Also, because the issues involved in this discovery dispute have already been extensively briefed and argued by the parties (the Court has reviewed all these filings as well as the transcript of the September 22, 2010 hearing before Magistrate Judge Brennan), the briefs in support of and in response to SPI's Motion for Reconsideration <u>may not exceed 10 pages</u>.  Each side will also be permitted to submit only one declaration in support of or in response to the Motion for Reconsideration.  No documents which have previously been filed may be attached to these declarations.  As its one declaration, the Court would encourage SPI to file a supplemental declaration from Michael Schaps which contains more detailed information as to what he did, to whom he spoke, and the subject matter of these conversations during the August 10, 2010 Forest Service public tour.

     3.   The Court will decide SPI's Motion for Reconsideration without oral argument.  E.D. Cal. L.R. 230(g).  The partial stay of Magistrate Brennan's Order (Doc #92) will remain in effect until this Court issues its Order on SPI's Motion for Reconsideration.

     IT IS SO ORDERED.

Dated: November 29, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE