UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:09-CV-02445 JAM-EFB |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DENYING SIERRA PACIFIC INDUSTRIES' MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE BRENNAN'S RECUSAL ORDER |
| SIERRA PACIFIC INDUSTRIES, et al., | ) |
| Defendants. | ) |

Defendant Sierra Pacific Industries (SPI) has filed its "Motion for Reconsideration of Recusal Order" (Doc # 106). Plaintiff has filed its opposition to this Motion (Doc # 111).

In accordance with Local Rule 303(f), 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), this Court has conducted a de novo review of this matter. Having carefully reviewed the entire file, the Court finds Magistrate Judge Brennan's Recusal Order (Doc # 91) to be supported by the record and by proper analysis. There is nothing in the Recusal Order that is clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that SPI's Motion for Reconsideration of Recusal Order is DENIED.

IT IS SO ORDERED.

Dated:  December 6, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE