IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SIERRA PACIFIC INDUSTRIES; et al.,

    Defendants.

NO. CIV S-09-2445 KJM-EFB

ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S REQUEST FOR RECONSIDERATION AND ORDERING DEFENDANT TO SERVE PLAINTIFF WITH AN UNREDACTED VERSION OF ITS REQUEST

       The Court hereby GRANTS Plaintiff's request for an extension of time to respond to Defendant Sierra Pacific Industries' request for reconsideration (ECF 142) and ORDERS Defendant to serve Plaintiff with an unredacted version of its request for reconsideration.

       Defendant filed its request for reconsideration on February 8, 2011, along with a Request to Seal Documents in connection with its request for reconsideration.  (ECF 142.)  The Request to Seal Documents was made in an effort to comply with Magistrate Judge Edmund F. Brennan's Order sealing documents, entered on January 25, 2011.  (ECF 138.)  This Court has not yet issued a decision regarding Defendant's Request to Seal Documents.

1

1  Local Rule 303 requires "[a] party seeking reconsideration of the Magistrate Judge's ruling [to] file a request for reconsideration . . . and serve . . . all parties." In addition, Local Rule 135 requires "copies of all documents submitted to the Court [to] be serviced upon all parties to the action . . . ." The redacted version of Defendant's request for reconsideration is not a copy of the unredacted version submitted to this Court.

Thus, the Court ORDERS:

1. Plaintiff shall respond to Defendant's request for reconsideration on or before February 28, 2011. If a timely response is not submitted, plaintiff will waive all objections.

2. Defendant shall serve Plaintiff with an unredacted version of its request for reconsideration by February 16, 2011.

DATE: February 11, 2011.

_____
UNITED STATES DISTRICT JUDGE