DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.  2:09-CV-02445-KJM-EFB<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN CONNECTION WITH MOTION FOR RECONSIDERATION** |

　　　　The Court has received the Request to Seal Documents submitted by Sierra Pacific Industries ("Sierra Pacific") in connection with its Motion for Reconsideration.  Having considered this Request, the Court HEREBY ORDERS the Clerk of the Court to seal the unredacted version of the Motion for Reconsideration.  The documents shall remain sealed unless and until a further order is issued by the Court. The Court notes that Sierra Pacific has filed a redacted version of its Motion for Reconsideration on the public docket.

　　　　IT IS SO ORDERED.

DATED: February 11, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1140899.1