1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   TODD A. PICKLES
3  Assistant U.S. Attorneys
   501 "I" Street, Suite 10-100
4  Sacramento, California 95814
   Telephone:  (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for the United States

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,                    CASE NO. 2:09-cv-02445-KJM-EFB
12
            Plaintiff,                          **UNITED STATES OF AMERICA'S**
13                                              **REQUEST TO SEAL DOCUMENTS AND**
   v.                                           **TO FILE REDACTED DOCUMENTS IN**
14                                              **SUPPORT OF THE UNITED STATES'**
   SIERRA PACIFIC INDUSTRIES, *et al.*,         **OPPOSITION TO SIERRA PACIFIC**
15                                              **INDUSTRIES' MOTION TO COMPEL;**
            Defendants.                         **ORDER THERETO**
16
                                                **[EDCA L.R. 141]**
17  _____

18  AND RELATED CROSS-ACTIONS

19

20
        **REQUEST TO SEAL DOCUMENTS AND TO FILE REDACTED DOCUMENTS**
21
           Pursuant to Local Rules 140 and 141, the United States of America hereby respectfully requests
22
   that this Court seal two pages of exhibit 2 to the Declaration of Kelli L. Taylor, which are being filed in
23
   opposition to Sierra Pacific Industries' ("SPI") Request for Reconsideration of the Order Denying its
24
   Motion to Compel, and to permit the United States to file these 2 pages under seal only.  These two
25
   pages (pages 355 and 356 of the deposition of Karen Juska) contain and/or directly cite or refer
26
   information that has been marked confidential in this action.  The United States likewise respectfully
27
   seeks to file an opposition redacting the sentence that refers to the contents of these documents.  The
28
   Notice of Request to Seal Documents
   and to File Redacted Documents

1    United States believes that the filing of this information in the public docket as part of this lawsuit may

2    be prohibited by the Privacy Act of 1974, 5 U.S.C. § 552a, and/or would otherwise affect the privacy

3    rights of third-parties not represented in this litigation. This information is also subject to the terms of a

4    Protective Order entered by this Court. *See* Docket Entry 64.  The United States submits the

5    declaration of Kelli Taylor, and exhibits thereto, to refute SPI's allegations with respect to an alleged

6    "cover-up" and to otherwise oppose SPI's request for reconsideration for denial of its motion to

7    compel.  The United States requests that the documents remain under seal for the duration of this

8    lawsuit.  The United States has already served by email a complete, unredacted copy of the opposition

9    and declarations of Kelli Taylor, and exhibits thereto, to moving party SPI, pursuant to local rules and

10   the terms of the Protective Order.  The United States has also filed redacted copies in the public docket.

11          For the foregoing reasons, the United States requests that the Court seal pages 355 and 356

12   attached as Exhibit 2 to the declaration of Kelli Taylor.

13                                                                  Respectfully submitted,

14                                                                  BENJAMIN B. WAGNER
                                                                    United States Attorney
15
     Date: February 28, 2011                                        */s/ Kelli L. Taylor*
16                                                          By:     KELLI L. TAYLOR
                                                                    TODD A. PICKLES
17                                                                  Assistant U.S. Attorneys
                                                                    Counsel for the United States of America
18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2          Pursuant to Local Rules 140 and 141, and for the reasons stated in the United States of

3  America's Request to Seal Documents in Support of the United States's Opposition to Sierra Pacific

4  Industries' Request for Reconsideration of Order Denying its Motion to Compel and to File Redacted

5  Documents, the Court hereby ORDERS that identifying information is to be redacted from page 355,

6  line 5 to page 356, line 3 of Exhibit 2 to the declaration of Kelli Taylor and opposition referring thereto

7  pursuant to Local Rule 140. The unredacted documents are to be filed under seal pursuant to Local

8  Rule 141(e)(2)(i) for the duration of this lawsuit, and the United States shall file the redacted versions

9  of these documents in the public docket.  Thereafter, the documents filed under seal shall be returned to

10  the United States pursuant to Local Rules.

11          IT IS SO ORDERED.

12  Date:  March 4, 2011.

13

_____

14                                        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28