DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:09-CV-02445-KJM-EFB |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND DEFENDANTS' JOINT MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO DEPOSITION QUESTIONS** |
| v. | |
| SIERRA PACIFIC INDUSTRIES, et al. | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    Please take notice that Defendant Sierra Pacific Industries (represented by Downey Brand, LLP), W.M. Beaty/ Landowner Defendants (represented by Matheny Sears, Linkert and Jamie, LLP), and the Howells Defendants (represented by Rushford & Bonotto, LLP), will and hereby do jointly move the Court for an order compelling the United States to produce all documents and communications Joshua White ("White") and Dave Reynolds ("Reynolds") drafted, prepared, saw, read, reviewed, reflected upon, considered and/or otherwise used in connection with their analysis of the Moonlight Fire, and to compel White and Reynolds to testify regarding the communications they had with counsel that pertain to their analysis.

/ / /

Please take further notice that, pursuant to a conference call on March 18, 2011, involving the parties and the Court, this Motion will be heard on a date set by the Court, in Courtroom 24 before the Honorable Edmund F. Brennan, United States Magistrate Judge for the Eastern District of California.

This Motion is made pursuant to Rule 26 of the Federal Rules of Civil Procedure and the common law doctrine of waiver or privilege. Defendants' Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Michael J. Thomas, the Request for Judicial Notice, all records in this action or matters of which the Court may take judicial notice, and any oral argument to be heard by the Court.

DATED: March 24, 2011     DOWNEY BRAND LLP

By: */s/ Michael J. Thomas*
MICHAEL J. THOMAS
Attorney for Defendant/ Cross-Defendant
SIERRA PACIFIC INDUSTRIES