1   Law Offices of
    **MATHENY SEARS LINKERT & JAIME, LLP**
2   RICHARD S. LINKERT, ESQ. (SBN 88756)
    KATHERINE E. UNDERWOOD, ESQ. (SBN 249308)
3   3638 American River Drive
    Sacramento, CA  95864
4   Telephone:    (916) 978-3434
    Facsimile:    (916) 978-3430
5
    Attorneys for Defendants, ANN MCKEEVER HATCH,
6   AS TRUSTEE OF THE HATCH 1987 REVOCABLE
    TRUST, et al.
7
8                   UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,            Case No.  2:09-CV-02445-KJM-EFB

12                  Plaintiff,           **STIPULATION AND ORDER
                                         CONTINUING THE NON-DAMAGES
13          v.                           EXPERT DISCLOSURE DEADLINE
                                         FROM APRIL 22, 2011 UNTIL MAY 31,
14  SIERRA PACIFIC INDUSTRIES, ET AL.    2011.**

15                  Defendants.
16
    _____
17  AND RELATED CROSS-ACTIONS

18
19          Plaintiff the United States of America ("United States") and Defendants/Cross-

20  Defendants, Sierra Pacific Industries, Eunice Howell, individually and d/b/a/ Howell's Forest

21  Harvesting, W.M. Beaty & Associates, Inc., Landowner Defendants, and Caterpillar, Inc.

22  (collectively "Defendants") through their respective counsel, hereby submit the following

23  Stipulation and Proposed Order Continuing the Non-Damages Expert Disclosure Deadline.

24                              <u>RECITALS</u>

25          1.      On February 11, 2010, this Court entered its Status (Pre-trial Scheduling) Order

26  that, among other things, provided that amendment would only be allowed by leave of Court with

27  good cause shown.  On August 31, 2010, this Court amended its Status (Pre-trial Scheduling)

28

Order upon the request of Sierra Pacific, for good cause shown.  Subsequently, on August 31, 2010, and March 15, 2011, the Court issued Minute Orders amending and resetting certain dates in the Status (Pre-trial Scheduling) Order.

2.       Defendants believe good cause exists for a brief continuance of the current April 22, 2011, Non-Damages Expert Disclosure deadline.  The parties have been actively engaged in liability and non-damages discovery that is on-going.  This includes numerous depositions that have been noticed to occur over the next few weeks, the scheduling of which has been difficult given the number of counsel involved and the deponents' availability.  All parties agree that it is in the interests of justice and an efficient resolution of this case to extend the non-damages expert disclosure deadline by five weeks, from April 22, 2011 until May 31, 2011, which will not affect the rest of the schedule.  The United States stipulates to Defendants' request for more time as set forth herein.

**STIPULATION**

Based on the foregoing recitals, the parties hereby STIPULATE that:

1.       The deadline to submit Non-Damages Expert Disclosures is continued from April 22, 2011, to May 31, 2011.

2.       This continuance of the deadline to submit Non-Damages Expert Disclosures will not affect any other deadlines in this action.

3.       All remaining dates and deadlines as set by the Court in its August 31, 2010 Order, and as modified by the Court's August 31, 2010, and March 15, 2011, Minute Orders, are otherwise unaffected by this Stipulation and Proposed Order.

///

///

///

1151108.2

2

1    4.    By entering into this stipulation, none of the parties waive any rights or arguments

2  that they may otherwise have with respect to their ability to request or oppose additional

3  continuances in this action if necessary.

4

5  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6

7  DATED: March 24, 2011          U.S. ATTORNEY'S OFFICE

8

9                                  By    /s/  Kelli Taylor
                                        KELLI TAYLOR
10                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
11

12  DATED: March 24, 2011          DOWNEY BRAND LLP

13

14                                 By:    /s/ William R. Warne
                                        WILLIAM R. WARNE
15                                      Attorneys for Defendant/Cross-Defendant
                                        SIERRA PACIFIC INDUSTRIES
16

17  DATED: March 24, 2011          RUSHFORD & BONOTTO, LLP

18

19                                 By:    /s/ Phil Bonotto
                                        PHIL BONOTTO
20                                      Attorneys for Defendants/Cross-Defendants
                                        EUNICE HOWELL, INDIVIDUALLY and d/b/a
21                                      HOWELL'S FOREST HARVESTING

22

23  DATED: March 24, 2011          MATHENY SEARS LINKERT & JAIME, LLP

24

25                                 By:    /s/ Richard S. Linkert
                                        RICHARD S. LINKERT
26                                      Attorneys for Defendants/Cross-Claimants
                                        W.M. BEATY & ASSOCIATES and
27                                      LANDOWNER DEFENDANTS
                                        (Brooks Walker et al.)

28

1151108.2                               3

1

2

DATED:  March 24, 2011                    SEDGWICK, DETERT, MORAN, & ARNOLD LLP

3

By:____/s/ Frederic Grannis_____

4                                          FREDERIC GRANNIS
                                           Attorneys for Cross-Defendant
5                                          CATERPILLAR, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1151108.2                                  4

1

**ORDER**

2        This matter came before the Court on the parties' Stipulation To Continue The Non-

3   Damages Expert Disclosure Deadline.  For the reasons stated in the Stipulation and for good

4   cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

5        Accordingly, IT IS HEREBY ORDERED THAT the Non-Damages Expert Disclosure

6   Deadline is now **May 31, 2011**.  All remaining dates and deadlines as set by the Court's August

7   31, 2010 Order, and as modified by the Court's August 31, 2010, and March 15, 2011, Minute

8   Orders, remain as set and are otherwise unaffected by this Order.

9        IT IS SO ORDERED.

10

11   DATED:  March 28, 2011.

12

13   _____

14        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURE DEADLINE