IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,   No. CIV S-09-2445 KJM EFB

    vs.

SIERRA PACIFIC INDUSTRIES, et al.,

    Defendants.   <u>ORDER</u>

_____/

    The briefing schedule for defendants' motion for a protective order, as discussed during the May 3, 2011 informal telephone conference with the undersigned, follows. Defendants' motion is due on May 6, 2011 by the close of business. The government's opposition is due on May 13 at noon. Defendants' reply is due on May 17 at noon. Each of the briefs is not to exceed fifteen double-spaced pages.

    The matter is set for hearing on May 20, 2011 at 11:00 am in Courtroom No. 24 before the undersigned.

    SO ORDERED.

DATED: May 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE