DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.  2:09-CV-02445-KJM-EFB<br><br>**STIPULATION AND ORDER CONTINUING EXPERT RELATED DEADLINES** |

Plaintiff the United States of America ("United States") and Defendants/Cross-Defendants, Sierra Pacific Industries, Eunice Howell, individually and d/b/a/ Howell's Forest Harvesting, W.M. Beaty & Associates, Inc., Landowner Defendants, and Caterpillar Inc. (collectively "Defendants") through their respective counsel, hereby submit the following Stipulation and Proposed Order Continuing Expert Related Deadlines.

### **RECITALS**

1. On February 11, 2010, this Court entered its Status (Pre-trial Scheduling) Order that, among other things, provided that amendment would only be allowed by leave of Court with good cause shown.  On August 31, 2010, this Court amended its Status (Pre-Trial Scheduling) Order upon the request of Sierra Pacific, for good cause shown.  Subsequently, on August 31,

2010, and March 15, 2011, the Court issued Minute Orders amending and resetting certain dates in the Status (Pre-trial Scheduling) Order. Additionally, pursuant to a stipulation submitted by the parties on March 25, 2011, the Court issued an order on March 28, 2011, that briefly extended the non-damages expert disclosure deadline by approximately one month to May 31, 2011.

2. Defendants believe good cause exists for a brief continuance of the Non-Damages expert deadline because of ongoing discovery issues in this case. In order to avoid requiring the court to have to consider a motion on this issue, the United States is willing to agree to a two-week extension of the Non-Damages expert deadline. To accommodate this brief extension, the parties have agreed to also briefly extend the Damages Expert Disclosure deadline and the Expert Discovery cut-off.

3. All parties agree to the following extensions: to extend the Non-Damages Expert Disclosure deadline by two weeks, from May 31, 2011, until June 16, 2011; to extend the Damages Expert Disclosure deadline by four weeks, from July 30, 2011 to August 30, 2011; and to extend the expert discovery cut-off by one month, from October 17, 2011, to November 15, 2011.

4. A continuance of the Non-Damages Expert Disclosure deadline, Damages Expert Disclosure deadline, and Expert Discovery Cut-Off will not affect the rest of the schedule or deadlines in this action.

## **STIPULATION**

Based on the foregoing recitals, the parties hereby STIPULATE that:

1. The deadline to serve Non-Damages Expert Disclosures is continued from May 31, 2011, to June 16, 2011; the deadline to serve Damages Expert Disclosures is continued from July 30, 2011, to August 30, 2011; the deadline to complete Expert Discovery is continued from October 17, 2011, until November 15, 2011.

2. This continuance will not affect the Dispositive Motion Deadline, the Pre-trial Conference date or the Trial date.

/ / /

/ / /

3. All remaining dates and deadlines as set by the Court in its August 31, 2010 Order, and as modified by the Court's August 31, 2010, March 15, 2011, and March 28, 2011 Orders, are otherwise unaffected by this Stipulation and Proposed Order.

4. By entering into this stipulation, none of the parties waive any rights or arguments that they may otherwise have with respect to their ability to request additional continuances in this action if necessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 19, 2011          U.S. ATTORNEY'S OFFICE


By: */s/ Kelli Taylor (as authorized on 5/19/11)*
KELLI TAYLOR
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: May 19, 2011          DOWNEY BRAND LLP


By: */s/ William R. Warne*
WILLIAM R. WARNE
Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

DATED: May 19, 2011          RUSHFORD & BONOTTO, LLP


By: */s/ Phil Bonotto (as authorized on 5/19/11)*
PHIL BONOTTO
Attorneys for Defendants/Cross-Defendants
EUNICE HOWELL, INDIVIDUALLY and d/b/a
HOWELL'S FOREST HARVESTING

1161293.1                                3

STIPULATION AND ORDER

DATED:  May 19, 2011                    MATHENY SEARS LINKERT & JAIME, LLP


By: */s/ Richard Linkert (as authorized on 5/19/11)*
RICHARD S. LINKERT
Attorneys for Defendants/Cross-Claimants
W.M. BEATY & ASSOCIATES and
LANDOWNER DEFENDANTS
(Brooks Walker et al.)


DATED:  May 19, 2011                    SEDGWICK LLP


By: */s/ Frederic Grannis (as authorized on 5/19/11)*
FREDERIC GRANNIS
Attorneys for Cross-Defendant
CATERPILLAR INC.

DOWNEY BRAND LLP

1161293.1

4

STIPULATION AND ORDER

**ORDER**

This matter came before the Court on the parties' Stipulation To Continue Expert Related Deadlines. For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the Non-Damages Expert Disclosure Deadline is now June 16, 2011, the Damages Expert Disclosure is now August 30, 2011; and the Expert Discovery Cut-off is now November 15, 2011. All other dates and deadlines as set by the Court's August 31, 2010 Order, and as modified by the Court's August 31, 2010, March 15, 2011, and March 28, 2011 Orders, remain as set and are otherwise unaffected by this Order.

IT IS SO ORDERED.

DATED: May 20, 2011.

_____
UNITED STATES DISTRICT JUDGE

1161141.1