IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                              No. CIV S-09-2445 KJM EFB

    vs.

SIERRA PACIFIC INDUSTRIES, et al.,

    Defendants.                         ORDER

_____/

    On May 20, 2011, the undersigned held a hearing on Eunice Howell's motion for a protective order.

    For the reasons stated on the record, it is hereby ORDERED that:

    1. Eunice Howell's motion for a protective order is denied; and

    2. Frank Holbrook's deposition shall be completed on or before May 31, 2011.

DATED: May 20, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE