IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CIV S-09-2445 KJM-EFB |
| v. | |
| SIERRA PACIFIC INDUSTRIES; et al., | |
| Defendants. | |
| _____/ | |
| SIERRA PACIFIC INDUSTRIES; et al., | |
| Plaintiffs, | No. CIV S-11-1250 WBS-KJN |
| vs. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | RELATED CASE ORDER |
| _____/ | |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Both actions involve similar parties and the same transaction. Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be more convenient for the parties.

/////

1

1           The parties should be aware that relating cases under Rule 123 causes the actions
2   to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
3   cases are generally assigned to the judge and magistrate judge to whom the first filed action was
4   assigned.
5           As a result, it is hereby ORDERED that CIV S-11-1250 WBS-KJN, is reassigned
6   from Judge Shubb to the undersigned and from Magistrate Judge Newman to Magistrate Judge
7   Brennan.  Henceforth, the caption on documents filed in the reassigned case shall be shown as:
8   CIV S-11-1250 KJM-EFB.
9           It is further ORDERED that the Clerk of the Court make appropriate adjustment
10  in the assignment of civil cases to compensate for this reassignment.
11          IT IS SO ORDERED.
12  DATED:  May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE