**SEDGWICK LLP**
STEVEN DI SAIA (State Bar No.158119)
steven.disaia@sedgwicklaw.com
FREDERIC GRANNIS (State Bar No.185119)
frederic.grannis@sedgwicklaw.com
MATTHEW STEIN (State Bar No.236912)
matthew.stein@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:     213.426.6921

Attorneys for Third-Party Defendant
CATERPILLAR INC.
(Erroneously sued as Caterpillar, Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CV-02445-KJM (EFB) |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY COMPLAINTS AGAINST CATERPILLAR INC.** |
| v. | |
| SIERRA PACIFIC INDUSTRIES, et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

Plaintiff the United States of America, Third-Party Defendant Caterpillar Inc., and Defendants Eunice E. Howell, W.M. Beaty and Associates, Inc. and Ann McKeever Hatch, et al. (collectively "Defendants"), by and through their respective counsel of record, recite and stipulate as follows:

## RECITALS

1. **WHEREAS**, on May 26, 2010, the United States of America filed its Second Amended Complaint against Defendants, asserting claims for negligence, liability under California Health and Safety Code §§ 13007-13009.1 and Civil Code §§ 3287 and 3288, negligence per se, trespass by fire, negligent supervision, and negligent hiring. The United States

-1-

did not sue third party defendant Caterpillar Inc. and did not include any product liability cause of action in its complaint.  Instead, the United States of America's claims are based on the theories asserted in the complaint including, without limitation, that the September 3, 2007 Moonlight Fire was ignited by contact between the tracks of a Caterpillar Model 527 Track Skidder, serial number 4NS00150, and rocks in the origin that caused friction, heat, sparks and/or metal fragments.

2.     **WHEREAS**, Defendants Eunice E. Howell, W.M. Beaty and Associates, Inc. and Ann McKeever Hatch, et al., have filed third-party complaints against Caterpillar Inc., the manufacturer of the subject track skidder, alleging claims for implied equitable indemnity, contribution, and declaratory relief;

3.     **WHEREAS**, the basis for these third-party complaints is the concern by the third-party complainants that the United States of America might allege as a basis for its claims that a defect in the track skidder contributed to the Moonlight Fire's ignition; and

4.     **WHEREAS**, in order to facilitate Caterpillar Inc.'s dismissal as a third-party defendant to this action, all parties wish to clarify that no allegation is being made that the Moonlight Fire was ignited by a defect in the design, manufacture, or warnings of the subject track skidder.

## **STIPULATION**

**WHEREFORE**, it is hereby stipulated by and between the parties, by and through their respective counsel of record, that:

1.     Plaintiff United States of America is not alleging wrongdoing by Caterpillar Inc. and nor is it asserting a claim that a defect in the design, manufacture, or warnings of Caterpillar Model 527 Track Skidder, serial number 4NS00150, contributed to the ignition of the Moonlight Fire;

2.     The third-party complaint attached hereto as Exhibit "A," which was filed against Caterpillar Inc. on or about December 23, 2009, by Eunice E. Howell , individually and doing business as Howell's Forest Harvesting, shall be dismissed in its entirety, with prejudice;

3. The third-party complaint attached hereto as Exhibit "B", which was filed against Caterpillar Inc. on or about January 15, 2010, by W.M. Beaty and Associates, Inc. shall be dismissed in its entirety, with prejudice;

4. The third-party complaint attached hereto as Exhibit "C", which was filed against Caterpillar Inc. on January 15, 2010, by Ann McKeever Hatch, as Trustee of the Hatch 1987 Revocable Trust, et al., shall be dismissed in its entirety, with prejudice; and

5. Caterpillar Inc. shall bear its own attorney's fees and costs to the extent those fees and costs were incurred in defense of this action and are unrelated to its defense of the pending state court lawsuits based on the Moonlight Fire.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

DATED: June 10, 2011          OFFICE OF THE UNITED STATES ATTORNEY

By: */s/ Kelli L. Taylor*
Kelli L. Taylor
Todd A. Pickles
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: June 10, 2011          MATHENY SEARS LINKERT & JAIME, LLP

By:*/s/ Richard Stone Linkert*
Richard Stone Linkert
Attorneys for Defendant
W.M. BEATY AND ASSOCIATES, INC., ANN MCKEEVER HATCH, AS TRUSTEE OF THE HATCH 1987 REVOCABLE TRUST, ET AL.

DATED: June 10, 2011          LAW OFFICES OF RUSHFORD & BONOTTO LLP

By: */s/ Phillip R. Bonotto*
Phillip R. Bonotto
Attorneys for Defendant
EUNICE E. HOWELL, INDIVIDUALLY AND DBA HOWELL'S FOREST HARVESTING

DATED: June 10, 2011          SEDGWICK LLP

LA/1029391v1

1

2   By: */s/ Steven D. Di Saia*
    Steven D. Di Saia
3   Frederic F. Grannis
    Matthew G. Stein
4   Attorneys for Third-Party Defendant
    CATERPILLAR INC.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA/1029391v1

**ORDER**

IT IS SO ORDERED.

Dated: June 14, 2011.

_____
UNITED STATES DISTRICT JUDGE

-5-

LA/1029391v1