DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:       (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SIERRA PACIFIC INDUSTRIES, et al. <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | Case No.  2:09-CV-02445-KJM-EFB <br><br> **STIPULATION AND ORDER CONTINUING NON-DAMAGES REBUTTAL EXPERT DISCLOSURE DEADLINE** |

Plaintiff the United States of America ("United States") and Defendants/Cross-Defendants Sierra Pacific Industries, Eunice Howell, individually and d/b/a/ Howell's Forest Harvesting and W.M. Beaty & Associates, Inc., Landowner Defendants (collectively "Defendants") through their respective counsel, hereby submit the following Stipulation and Proposed Order Continuing Non-Damages Rebuttal Expert Disclosure Deadline.

## **RECITALS**

1. On February 11, 2010, this Court entered its Status (Pre-trial Scheduling) Order that, among other things, provided that amendment would only be allowed by leave of Court with good cause shown.  On August 31, 2010, this Court amended its Status (Pre-Trial Scheduling) Order upon the request of Sierra Pacific, for good cause shown.  Subsequently, on August 31,

2010, and March 15, 2011, the Court issued Minute Orders amending and resetting certain dates in the Status (Pre-trial Scheduling) Order. Pursuant to a stipulation submitted by the parties on March 25, 2011, the Court issued an order on March 28, 2011, that briefly extended the non-damages expert disclosure deadline by approximately one month to May 31, 2011. Additionally, pursuant to a stipulation submitted by the parties on May 19, 2011, the Court issued an order on May 23, 2011 that further extended expert-related deadlines, setting the Non-Damages Expert Disclosure Deadline on June 16, 2011.

2. On June 16, 2011, the parties exchanged their Non-Damages Expert Disclosures, disclosing a total of over forty experts.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(ii), Non-Damages Rebuttal Expert Disclosures are presently due on July 18, 2011. The parties have agreed to extend this deadline by one week, from July 16, 2011, until July 25, 2011.

4. A one week continuance of the Non-Damages Rebuttal Expert Disclosure deadline will not affect the rest of the schedule or deadlines in this action.

**STIPULATION**

Based on the foregoing recitals, the parties hereby STIPULATE that:

1. The deadline to serve Non-Damages Rebuttal Expert Disclosures is continued from July 16, 2011, to July 25, 2011.

2. This continuance will not affect the rest of the schedule or deadlines in this action.

3. All remaining dates and deadlines as set by the Court in its August 31, 2010 Order, and as modified by the Court's August 31, 2010, March 15, 2011, March 28, 2011, and May 23, 2011 Orders, are otherwise unaffected by this Stipulation and Proposed Order.

4. By entering into this stipulation, none of the parties waive any rights or arguments that they may otherwise have with respect to their ability to request additional continuances in this action if necessary.

///
///
///

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2   DATED: July   , 2011                    U.S. ATTORNEY'S OFFICE

3

4                                           By:   /s/  Kelli Taylor
5                                                 KELLI TAYLOR
                                                  Attorneys for Plaintiff
6                                                 UNITED STATES OF AMERICA

7   DATED: July   , 2011                    DOWNEY BRAND LLP

8

9                                           By:   /s/ William R. Warne
10                                                WILLIAM R. WARNE
                                                  Attorneys for Defendant/Cross-Defendant
11                                                SIERRA PACIFIC INDUSTRIES

12

13  DATED: July   , 2011                    RUSHFORD & BONOTTO, LLP

14

15                                          By:   /s/ Phil Bonotto
                                                  PHIL BONOTTO
16                                                Attorneys for Defendants/Cross-Defendants
                                                  EUNICE HOWELL, INDIVIDUALLY and d/b/a
17                                                HOWELL'S FOREST HARVESTING

18  DATED: July   , 2011                    MATHENY SEARS LINKERT & JAIME, LLP

19

20                                          By:   /s/ Richard S. Linkert
21                                                RICHARD S. LINKERT
                                                  Attorneys for Defendants/Cross-Claimants
22                                                W.M. BEATY & ASSOCIATES and
                                                  LANDOWNER DEFENDANTS
23                                                (Brooks Walker et al.)

24

25

26

27

28

1169940.1                            3

STIPULATION AND ORDER

**ORDER**

This matter came before the Court on the parties' Stipulation To Continue Non-Damages Rebuttal Expert Disclosure Deadline. For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the Non-Damages Rebuttal Expert Disclosure Deadline is now July 25, 2011. All other dates and deadlines as set by the Court's August 31, 2010 Order, and as modified by the Court's August 31, 2010, March 15, 2011, March 28, 2011, and May 23, 2011 Orders, remain as set and are otherwise unaffected by this Order.

IT IS SO ORDERED.

DATED: July 6, 2011.

UNITED STATES DISTRICT JUDGE