DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:      (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.<br><br>Defendants. | Case No.  2:09-CV-02445-KJM-EFB<br><br>**STIPULATION AND ORDER CONTINUING NON-DAMAGES REBUTTAL EXPERT DISCLOSURE DEADLINE** |
| AND RELATED CROSS-ACTIONS | |

Plaintiff the United States of America ("United States") and Defendants/Cross-Defendants Sierra Pacific Industries, Eunice Howell, individually and d/b/a/ Howell's Forest Harvesting and W.M. Beaty & Associates, Inc., Landowner Defendants (collectively "Defendants") through their respective counsel, hereby submit the following Stipulation and Proposed Order Continuing Non-Damages Rebuttal Expert Disclosure Deadline.

## RECITALS

1.      On February 11, 2010, this Court entered its Status (Pre-trial Scheduling) Order that, among other things, provided that amendment would only be allowed by leave of Court with good cause shown.  On August 31, 2010, this Court amended its Status (Pre-Trial Scheduling) Order upon the request of Sierra Pacific, for good cause shown.  Subsequently, on August 31,

1

1  2010, and March 15, 2011, the Court issued Minute Orders amending and resetting certain dates

2  in the Status (Pre-trial Scheduling) Order.  Pursuant to a stipulation submitted by the parties on

3  March 25, 2011, the Court issued an order on March 28, 2011, that briefly extended the non-

4  damages expert disclosure deadline by approximately one month to May 31, 2011.  Additionally,

5  pursuant to a stipulation submitted by the parties on May 19, 2011, the Court issued an order on

6  May 23, 2011, that further extended expert-related deadlines, setting the Non-Damages Expert

7  Disclosure Deadline on June 16, 2011.

8    2.    On June 16, 2011, the parties exchanged their Non-Damages Expert Disclosures,

9  disclosing a total of over forty experts.

10    3.    Pursuant to a stipulation submitted by the parties on July 5, 2011, the Court issued

11  an order on July 7, 2011, that extended the Non-Damages Rebuttal Expert Disclosure deadline by

12  approximately one week, to July 25, 2011.  The parties have agreed to extend the rebuttal expert

13  deadline by an additional week, from July 25, 2011, until August 1, 2011.

14    4.    The parties agreed to this extension because the United States contends that Sierra

15  Pacific had an obligation to produce certain information at the time of its initial non-damages

16  expert disclosures.  Sierra Pacific disputes that the information the United States has indentified

17  needed to be produced in the context of initial non-damages expert disclosures.  In an effort to

18  resolve this dispute without motion practice now, the parties have agreed to a mutual exchange of

19  certain information and to extend the rebuttal expert deadline by an additional week, from July

20  25, 2011, until August 1, 2011.  The United States does not waive any rights to raise this issue in

21  future motion practice.

22    4.    An additional one week continuance of the Non-Damages Rebuttal Expert

23  Disclosure deadline will not affect the rest of the schedule or deadlines in this action.

24  **STIPULATION**

25  Based on the foregoing recitals, the parties hereby STIPULATE that:

26    1.    The deadline to serve Non-Damages Rebuttal Expert Disclosures is continued

27  from July 25, 2011, to August 1, 2011.

28  / / /

2. This continuance will not affect the rest of the schedule or deadlines in this action.

3. All remaining dates and deadlines as set by the Court in its August 31, 2010 Order, and as modified by the Court's August 31, 2010, March 15, 2011, March 28, 2011, May 23, 2011, and July 7, 2011 Orders, are otherwise unaffected by this Stipulation and Proposed Order.

4. By entering into this stipulation, none of the parties waive any rights or arguments that they may otherwise have with respect to their ability to request additional continuances in this action if necessary.


IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  July 19, 2011                    U.S. ATTORNEY'S OFFICE


By:     /s/  Kelli Taylor (as authorized on 7/20/11)
                                        KELLI TAYLOR
                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

DATED:  July 19, 2011                    DOWNEY BRAND LLP


By:     /s/ Annie S. Amaral
                                        ANNIE S. AMARAL
                                        Attorneys for Defendant/Cross-Defendant
                                        SIERRA PACIFIC INDUSTRIES


DATED:  July 19, 2011                    RUSHFORD & BONOTTO, LLP


By:  /s/ Derek VanDeviver  (as authorized on 7/20/11)
                                        DEREK VANDEVIVER
                                        Attorneys for Defendants/Cross-Defendants
                                        EUNICE HOWELL, INDIVIDUALLY and d/b/a
                                        HOWELL'S FOREST HARVESTING

1173364.1

STIPULATION AND ORDER

1   DATED:  July 19, 2011                    MATHENY SEARS LINKERT & JAIME, LLP

2

3                                            By: /s/ Richard S. Linkert  (as authorized on 7/20/11)
                                                 RICHARD S. LINKERT
4                                            Attorneys for Defendants/Cross-Claimants
                                             W.M. BEATY & ASSOCIATES and
5                                            LANDOWNER DEFENDANTS
                                                 (Brooks Walker et al.)
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             4

1173364.1

1

**ORDER**

2          This matter came before the Court on the parties' Stipulation To Continue Non-Damages

3   Rebuttal Expert Disclosure Deadline.  For the reasons stated in the Stipulation and for good

4   cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

5          Accordingly, IT IS HEREBY ORDERED THAT the Non-Damages Rebuttal Expert

6   Disclosure Deadline is now August 1, 2011.  All other dates and deadlines as set by the Court's

7   August 31, 2010 Order, and as modified by the Court's August 31, 2010, March 15, 2011, March

8   28, 2011, May 23, 2011 and July 7, 2011 Orders, remain as set and are otherwise unaffected by

9   this Order.

10          IT IS SO ORDERED.

11   DATED:   July 22, 2011.

12                                          _____
                                            UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1173364.1

1

STIPULATION AND ORDER