DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:09-CV-02445-KJM-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO PARTIALLY RESOLVE DISCOVERY DISAGREEMENT** |
| v. | |
| SIERRA PACIFIC INDUSTRIES, et al. | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

Defendants Sierra Pacific Industries ("Sierra Pacific"), W.M. Beaty and Associates, Inc. ("Beaty"), the Landowner Defendants, and Eunice Howell, individually and d/b/a Howell's Forest Harvesting Products ("Howell") (collectively, "Defendants"), and Plaintiff the United States of America ("United States") (collectively with Defendants, the "Parties"), by and through their respective counsel, hereby submit the following Stipulation to partially resolve a discovery dispute currently pending between the Parties regarding Sierra Pacific's request for more time to depose United States Forest Service ("USFS") Special Agent Diane Welton, USFS Battalion Chief Ron Heinbockel, and to conclude the deposition of USFS Special Agent Marion Matthews:

/ / /

**STIPULATION**

1. The United States agrees to produce Diane Welton for an additional day of deposition testimony, where one day is comprised of a total of seven (7) hours. Sierra Pacific may question Agent Welton for 3.5 of the additional 7 hours. Beaty, the Landowner Defendants, and Howell may collectively question Agent Welton for 3.5 of the 7 hours. Agent Welton's deposition will occur at a court reporter's office in Vallejo on August 15, 2011, or at a Vallejo hotel subject to Ms. Welton's approval.

2. In exchange for the United States' agreement to produce Agent Welton on the terms set forth in paragraph 1, Defendants agree to refrain from pursuing their requests (1) for additional time with Battalion Chief Ron Heinbockel, and (2) to produce Special Agent Marion Matthews for the remaining 44 minutes of her deposition or for any additional time. Beaty, the Landowner Defendants, and Howell all agree to forego this request as well.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED: July 20, 2011                    U.S. ATTORNEY'S OFFICE


By:   /s/  Kelli Taylor (as authorized on 7/20/11)
                    KELLI TAYLOR
                    Attorneys for Plaintiff
                    UNITED STATES OF AMERICA


DATED: July 20, 2011                    DOWNEY BRAND LLP


By:   /s/ Annie S. Amaral
                    ANNIE S. AMARAL
                    Attorneys for Defendant/Cross-Defendant
                    SIERRA PACIFIC INDUSTRIES

| | | |
|---|---|---|
| 1 | DATED: July 20, 2011 | MATHENY SEARS LINKERT AND JAIME |

By: /s/  Richard S. Linkert (as authorized on 7/20/11)
RICHARD S. LINKERT
Attorneys for Defendant
W.M. BEATY AND ASSOCIATES, INC. AND
LANDOWNER DEFENDANTS

DATED: July 20, 2011                RUSHFORD AND BONOTTO, LLP

By: /s/  Phil Bonotto (as authorized on 7/20/11)
PHIL BONOTTO
Attorneys for Defendant
EUNICE HOWELL, INDIVIDUALLY AND
D/B/A HOWELL'S FOREST HARVESTING
PRODUCTS

**ORDER**

SO ORDERED.

DATED: July 21, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3