1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   RICHARD M. ELIAS
3  Assistant United States Attorneys
   United States Courthouse
4  501 "I" Street, Suite 10-100
   Sacramento, California 95814
5  Telephone:  (916) 554-2700

6
   Attorneys for the United States
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:09-cv-02445-KJM-EFB

12          Plaintiff,                     STIPULATION AND ORDER FOR PARTIAL
                                           RESOLUTION OF THE UNITED STATES'
13  v.                                     MOTION TO COMPEL SIERRA PACIFIC
                                           INDUSTRIES' RESPONSES TO
14  SIERRA PACIFIC INDUSTRIES, *et al.*,   INTERROGATORIES AND REQUESTS FOR
                                           PRODUCTION OF DOCUMENTS
15          Defendants.
                                           Date:        August 10, 2011
16  _____  Time:        10:00 a.m.
                                           Courtroom:   Courtroom 24
17  AND RELATED CROSS ACTIONS              Trial Date:  March 14, 2012

18

19
        Plaintiff the United States and Defendant Sierra Pacific Industries, by and through their
20
    respective counsel of record, hereby submit the following stipulation to partially resolve the United
21
    States' pending Motion to Compel:
22
                                        **I. RECITALS**
23
        1.      This action arises from a fire known as the Moonlight Fire that ignited on private land
24
    adjacent to the Plumas National Forest on September 3, 2007.
25
        2.      On July 20, 2011, the United States filed a notice of motion to compel Sierra Pacific's
26
    responses to specified interrogatories and requests for production of documents.  (Court Docket ("CD")
27
    #248.)  On August 3, 2011, the parties filed a joint statement, chart of disputed discovery and
28
    declarations and exhibits regarding this discovery dispute.  (CD #260, 261.)  The parties continued to

STIPULATION AND ~~PROPOSED~~ ORDER ON U.S. MTC SPI'S DSC RESPONSES                 1

1 meet and confer and have now partially resolved the matters at issue in the motion as specified herein.

2 **II. STIPULATION**

3     1.     Sierra Pacific Industries will provide supplemental responses to the United States'

4 interrogatories, set one, Nos. 1, 9, 12, 18, 20-23.

5     2.     Sierra Pacific Industries will provide supplemental responses to the United States'

6 requests for production, set one, Nos. 44, 45, 48-51.

7     3.     Sierra Pacific Industries will provide supplemental responses to the United States'

8 requests for production, set two, Nos. 127, 130, 148, 159, 172-178, 199-202.

9     4.     Sierra Pacific Industries will provide supplemental responses to the United States'

10 requests for production, set three, Nos. 218-219, 222-224, 227-229, 230-234, 256, 258-261, 334-336,

11 398-401, 403-404, 406-407, 434-437.

12     5.     Sierra Pacific Industries will provide supplemental responses to the United States'

13 requests for production, set four, No. 490.

14     6.     Sierra Pacific Industries will also make a supplemental production of documents as

15 indicated in its supplemental responses.

16     7.     The United States will withdraw from the Motion to Compel requests Nos. 142, 145,

17 220, 225, 226, 263, 398, 442, and 492.

18     8.     The requests that the United States and SPI were unable to reach an agreement on and

19 that remain the only issues in the pending motion to compel are requests Nos. 137, 491 (John Forno

20 personnel file and position application); Nos. 77, 443 (methodology/calculation other fires); Nos. 235-

21 240 (Fred's fire damages); and No. 441 (all docs re equipment caused fires).

22 / / /

23 / / /

24 / / /

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER ON U.S. MTC SPI'S DSC RESPONSES          2

1        IT IS SO STIPULATED.

2
                                                            Respectfully submitted,
3
                                                            BENJAMIN B. WAGNER
4                                                           United States Attorney

5    Date: August 9, 2011                              /s/ Kelli L. Taylor
                                             By:       KELLI L. TAYLOR
6                                                      RICHARD ELIAS
                                                      Assistant United States Attorneys
7                                                      Attorneys for the United States of America

8                                                      DOWNEY BRAND, LLP

9

10   Date: August 9, 2011                              /s/ Annie Amaral
                                             By:       ANNIE AMARAL
11                                                     MEGHAN BAKER
                                                      Attorneys for Defendant/Cross-Defendant
12                                                     Sierra Pacific Industries

13

14
                                             ORDER
15
           The Court hereby approves the partial resolution of the United States' motion to compel Sierra
16
     Pacific Industries' responses to requests for production of documents and interrogatories.  The
17
     remaining matters will be addressed at the discovery hearing scheduled for August 10, 2011.
18
           IT IS SO ORDERED.
19

20
     Date:  August 10, 2011.                  Honorable Edward J. Edmund F. Brennan
21                                            United States Magistrate Judge
                                              Eastern District of California
22

23

24

25

26

27

28