DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:   (916) 444-1000
Facsimile:   (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.  2:09-CV-02445-KJM-EFB<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN CONNECTION WITH JOINT STATEMENT RE DISCOVERY DISPUTE**<br><br>Date:        August 10, 2011<br>Time:       10:00 a.m.<br>Judge:      Hon. Edmund F. Brennan<br>Courtroom: 24<br>Trial Date: April 23, 2012 |

The Court has received the Request to Seal Documents submitted by Sierra Pacific Industries ("Sierra Pacific") in connection with the Joint Statement Re Discovery Dispute. Having considered this Request, the Court HEREBY ORDERS the Clerk of the Court to seal the following:

1. An unredacted version of the Joint Statement Re Discovery Dispute, which references Exhibits AA, RR, SS, TT, UU, VV, WW, XX, and YY to the Declaration of Annie S.

1  Amaral In Support of Joint Statement Re Discovery Dispute ("Amaral Declaration");
2  and
3  2.  Exhibits AA, RR, SS, TT, UU, VV, WW, XX, and YY to the Amaral Declaration.
4  The documents shall remain sealed unless and until a further order is issued by the Court.
5  IT IS SO ORDERED.
6  DATED:  August 10, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE