DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:    (916) 444-1000
Facsimile:     (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.  2:09-CV-02445-KJM-EFB<br><br>**STIPULATION AND ORDER REGARDING DAMAGES EXPERT DEADLINES** |

   Plaintiff the United States of America ("United States") and Defendants/Cross-Defendants Sierra Pacific Industries, Eunice Howell, individually and d/b/a/ Howell's Forest Harvesting and W.M. Beaty & Associates, Inc., Landowner Defendants (collectively "Defendants") through their respective counsel, hereby submit the following Stipulation and Proposed Order Regarding Damages Expert Deadlines.

## RECITALS

   1.   On February 11, 2010, this Court entered its Status (Pre-trial Scheduling) Order that, among other things, provided that amendment would only be allowed by leave of Court with good cause shown.  On August 31, 2010, this Court amended its Status (Pre-Trial Scheduling) Order upon the request of Sierra Pacific, for good cause shown.  Subsequently, on August 31,

1  2010, and March 15, 2011, the Court issued Minute Orders amending and resetting certain dates
2  in the Status (Pre-trial Scheduling) Order.  Pursuant to a stipulation submitted by the parties on
3  March 25, 2011, the Court issued an order on March 28, 2011, that briefly extended the non-
4  damages expert disclosure deadline by approximately one month.  Additionally, pursuant to a
5  stipulation submitted by the parties on May 19, 2011, the Court issued an order on May 23, 2011,
6  that further extended expert-related deadlines, setting the damages expert disclosure deadline on
7  August 30, 2011, and setting the expert discovery cutoff on November 15, 2011.

8      2.    On June 16, 2011, the parties exchanged their non-damages expert disclosures,
9  disclosing a total of over forty experts.  Pursuant to a stipulation submitted by the parties on July
10  5, 2011, the Court issued an order on July 7, 2011, that extended the non-damages rebuttal expert
11  disclosure deadline by approximately one week, to July 25, 2011.  Additionally, pursuant to a
12  stipulation submitted by the parties on July 20, 2011, the Court issued an order on July 22, 2011,
13  that extended the non-damages rebuttal expert disclosure deadline to August 1, 2011.

14      3.    The current deadline for the parties to disclose damages experts is August 30,
15  2011.  To facilitate an efficient and organized disclosure of damages experts, after meeting and
16  conferring, the parties have agreed to modify the current scheduling order as it relates to the
17  disclosure of damages.

18  **STIPULATION**

19      4.    The deadline to serve and disclose damages experts and reports is modified as
20  follows: (a) on September 2, 2011, the  parties will disclose those damages experts that relate to
21  their affirmative claims or affirmative defenses pertaining to damages; (b) on September 23,
22  2011, the parties will disclose their damages rebuttal experts to the previously disclosed damages
23  experts; and (c) on October 14, 2011, the parties will disclose sur-rebuttal experts and reports to
24  those rebuttal damages expert reports disclosed on September 23, 2011.  Good cause exists for
25  this agreed modification of damages expert disclosures, at it provides for an efficient and
26  organized disclosure of the damages experts.

27      5.    This staggering of the damages expert deadlines will not affect the rest of the
28  schedule or deadlines in this action.

1178937.1                                2

STIPULATION AND ORDER

6. All remaining dates and deadlines as set by the Court in its August 31, 2010 Order, and as modified by the Court's August 31, 2010, March 15, 2011, March 28, 2011, May 23, 2011, July 7, 2011, and July 22, 2011 Orders, are otherwise unaffected by this Stipulation and Proposed Order.

7. IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 19, 2011            U.S. ATTORNEY'S OFFICE


By:    /s/ Kelli Taylor (as authorized on 08-19-11)
                KELLI TAYLOR
             Attorneys for Plaintiff
          UNITED STATES OF AMERICA

DATED: August 19, 2011            DOWNEY BRAND LLP


By:    /s/ William R. Warne
              WILLIAM R. WARNE
       Attorneys for Defendant/Cross-Defendant
           SIERRA PACIFIC INDUSTRIES

DATED: August 19, 2011            RUSHFORD & BONOTTO, LLP


By:    /s/ Phil Bonotto  (as authorized on 08-19-11)
                 PHIL BONOTTO
       Attorneys for Defendants/Cross-Defendants
        EUNICE HOWELL, INDIVIDUALLY and d/b/a
            HOWELL'S FOREST HARVESTING

DATED: August 19, 2011            MATHENY SEARS LINKERT & JAIME, LLP


By: /s/ Richard S. Linkert (as authorized on 08-19-11)
              RICHARD S. LINKERT
       Attorneys for Defendants/Cross-Claimants
            W.M. BEATY & ASSOCIATES and
              LANDOWNER DEFENDANTS
                (Brooks Walker et al.)

1178937.1                          3

STIPULATION AND ORDER

**ORDER**

This matter came before the Court on the parties' Stipulation Regarding Damages Expert Deadlines. For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the deadline to serve damages expert disclosures and reports is modified as follows: (a) on September 2, 2011, the parties will disclose all damages experts and reports that relate to their affirmative claims or affirmative defenses pertaining to damages; (b) on September 23, 2011, the parties will disclose any rebuttal experts and reports to the previously disclosed damages experts; and (c) on October 14, 2011, the parties will disclose sur-rebuttal experts and reports to those rebuttal damages experts disclosed on September 23, 2011. All other dates and deadlines as set by the Court's August 31, 2010 Order, and as modified by the Court's August 31, 2010, March 15, 2011, March 28, 2011, May 23, 2011, July 7, 2011, and July 22, 2011 Orders, remain as set and are otherwise unaffected by this Order.

IT IS SO ORDERED.

DATED: August 23, 2011.

_____
UNITED STATES DISTRICT JUDGE