IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                             No. CIV S-09-2445 KJM EFB

    vs.

SIERRA PACIFIC INDUSTRIES, et. al.,

    Defendants.                         ORDER
_____/

    The United States' motion to hold counsel for Sierra Pacific Industries in contempt is currently pending before the undersigned. The United States' reply brief raised new facts that allegedly occurred after the motion was pending. *See* Dckt. No. 287. Sierra Pacific has filed objections requesting that it be allowed to file a sur-reply to address the new facts. *See* Dckt. No. 293.

    Sierra Pacific shall file its sur-reply within five days of the date of this order. The hearing on the motion is continued to Wednesday, September 7, 2011 at 10 a.m. in Courtroom No. 24 before the undersigned.

    SO ORDERED.

DATED: August 26, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE