IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                              No. CIV S-09-2445 KJM-EFB

    vs.

SIERRA PACIFIC INDUSTRIES, et al.,

    Defendants.                          ORDER

AND RELATED CROSS-ACTIONS.

        This matter comes before the court upon defendant Sierra Pacific Industries' ("SPI") request for status conference, filed on August 23, 2011. (ECF 283.) Plaintiff filed a response on August 25, 2011. (ECF 292.) Defendant Howell joined SPI's request on August 26, 2011. (ECF 294.)

        SPI requests the status conference in order to discuss whether the 18 to 30 days currently allotted for trial in the above-captioned matter are sufficient. The court notes defendants' positions with respect to the number of days needed for trial, but does not find good cause for a status conference at this time. Any discussion of the total time ultimately needed for trial will be addressed at the final pretrial conference, set for March 14, 2012 at 11:00 a.m.

        IT IS SO ORDERED.

DATED: September 2, 2011.

_____
UNITED STATES DISTRICT JUDGE

1