1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,

9              Plaintiff,                          No. CIV S-09-2445 KJM EFB

10             vs.

11   SIERRA PACIFIC INDUSTRIES, et al.,

12             Defendants.                         ORDER
     _____/

13

14        On September 20, 2011, the United States filed a motion to compel.  Dckt. No. 303.  The

15   hearing on the motion is hereby continued to October 26, 2011 at 10:00 am in Courtroom No. 24

16   before the undersigned.  The parties shall file their joint statement, which shall not exceed

17   fourteen pages, on or before October 12, 2011.

18        On September 9, 2011, Sierra Pacific Industries filed a request for leave to file a

19   document in camera.  Dckt. No. 301.  Within 5 days of the date of this order, the United States

20   shall file either an opposition or a statement of non-opposition to this request.

21        SO ORDERED.

22   DATED:  September 22, 2011.

23                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

24

25

26