1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11            Plaintiff,                         No. CIV S-09-2445 KJM EFB

12        vs.

13   SIERRA PACIFIC INDUSTRIES, et al.,

14            Defendants.                        ORDER
                                           /
15

16         Sierra Pacific Industries has filed a request for leave to file a document in camera in

17   support of its opposition to the United States' Motion for Contempt.  Dckt. No. 301.  The United

18   States opposed this request, and Sierra Pacific has filed a reply brief.  Dckt. Nos. 307, 308.

19   The United States argues that the letter is irrelevant, as it does not affect the court's

20   determination of whether Downey Brand attorneys are in contempt of the court's previous order

21   and does nothing to prove that the attorneys will comply with court order in the future.

22         By allowing the submission of the document, the court does not imply that the contents

23   of the letter are relevant to the issues at hand.  Nor does the court make any ruling regarding the

24   privileged status of the document.  However, in an abundance of caution, and in order to allow

25   ////

26   ////

1

1   the attorneys every opportunity to defend themselves, Sierra Pacific is granted leave to submit a

2   copy of the letter for in camera review within five days of the date of this order.

3         SO ORDERED.

4   DATED:  October 19, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2