BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
RICHARD M. ELIAS
Assistant United States Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.,<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 2:09-cv-02445-KJM-EFB<br><br>ORDER REGARDING MOTION BY THE UNITED STATES TO COMPEL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS<br><br>Date:       October 26, 2011<br>Time:       10:00 a.m.<br>Judge:      Hon. Edmund F. Brennan<br>Courtroom:  24, 8th Floor<br>Trial Date: April 23, 2012 |

   This matter was before the Court on October 26, 2011, for hearing on the United States' Motion to Compel Deposition Testimony and Production of Documents against Defendants Sierra Pacific Industries ("SPI"), and W.M. Beaty and Associates, Inc. and the Landowners (collectively "Beaty"). After considering the motions, the joint statement regarding the discovery dispute, the declarations and exhibits submitted by the parties, and oral argument, the Court hereby GRANTS the United States' motion in full.  The Court orders as follows:

   1.   Defendants shall produce all documents responsive to the United States' Requests for Production No. 536 to SPI and No. 509 to Beaty, including any and all documents, photographs and data that Gary White and Walt Wruble generated, read, review, saw, used, or reflected upon during, as a result of, or in connection with their visits to and investigation of the alleged Moonlight Fire origin

1  area. All such documents shall be produced no later than November 2, 2011.

2      2. SPI will produce Gary White at deposition for an additional 3.5 hours to answer
3  questions related to Mr. White's investigation of the Moonlight Fire origin area, including any opinions
4  he may have formed as to the origin of the Moonlight Fire and the basis of those opinions.  Walt
5  Wruble will be produced for an additional 7.0 hours of deposition and is ordered to answer all
6  questions related to his investigation of the Moonlight Fire origin area, including any opinions he may
7  have formed as to the origin of the Moonlight Fire and the basis of those opinions.
8  DATED: November 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE