IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                      NO. CIV S-09-2445 KJM-EFB

    v.

SIERRA PACIFIC INDUSTRIES; et al.,

    Defendants.

_____/          ORDER

        On January 20, 2012, the court issued an order striking SPI and Howell's motions for summary judgment, both joint and individual – ECF 329, 357, 358, 361, 362, 363, 365, 366 and 367. (ECF 372.) The court further ordered counsel for SPI and Howell to show cause why sanctions should not be imposed against them in the amount of $1,000.

        W.M Beaty and Associates (hereinafter, "W.M. Beaty") has violated the same court orders as SPI and Howell; specifically, W.M. Beaty has filed two motions for summary judgment without seeking leave of the court. (ECF 356 and 360.) Notably, SPI and Howell have both joined one of these motions. (ECF 360.)

        Accordingly, for the reasons set forth in the court's January 20, 2012 order, these additional motions for summary judgment (ECF 356 and 360) are hereby STRICKEN. Counsel for W.M. Beaty is hereby ORDERED to show cause, within five (5) days, why sanctions should

1  not be imposed against him for his circumvention of the court's orders.  Should W.M. Beaty
2  wish to file an individual motion or one (1) joint motion for summary judgment, such motion(s)
3  must be filed by January 27, 2012, noticed for the court's February 24, 2012 civil law and
4  motion calendar, and comport with the page limits set by the court's standing order.  W.M. Beaty
5  may seek relief from the court's standing page limits after meeting and conferring with opposing
6  counsel; such requests must be supported by good cause and be made prior to the filing of any
7  motion that exceeds those limits.

    IT IS SO ORDERED.

DATED:  January 23, 2012.

_____
UNITED STATES DISTRICT JUDGE