IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                          NO. CIV S-09-2445 KJM-EFB

    v.

SIERRA PACIFIC INDUSTRIES; et al.,

    Defendants.

_____/          ORDER

        Defendants Sierra Pacific Industries ("SPI") and Eunice Howell, individually and doing business as Howell's Forest Harvesting Company ("Howell"), responded to the court's order striking their motions for summary judgment and ordering them to show cause on January 23, 2012. (ECF 374.) Plaintiff filed an opposition on January 24, 2012. (ECF 376.) Defendant W. M. Beaty & Associates ("Beaty") responded to the court's order striking its motions for summary judgment and ordering it to show cause on January 24, 2012. (ECF 377.)

        Defendants contend they misunderstood the court's orders. SPI and Howell seek relief from the court's standing page limits. Having reviewed SPI and Howell's response, plaintiff's operative second amended complaint (ECF 53) and SPI and Howell's stricken motions for summary judgment – ECF 329, 357, 358, 360, 361, 362, 363, 365, 366 and 367 – the court hereby grants SPI and Howell's request for relief in part. SPI and Howell shall file a joint

1

1 motion for summary judgment by February 29, 2012, which will be specially set for hearing on
2 March 28, 2012 at 1:30 p.m., and shall not exceed fifty (50) pages.  Any opposition shall be filed
3 by March 14 and shall not exceed fifty (50) pages.  Any reply shall be filed by March 21 and
4 shall not exceed twenty-five (25) pages.  Beaty shall file a consolidated motion for summary
5 judgment by January 27, 2012, noticed for the court's February 24, 2012 civil law and motion
6 calendar, not to exceed the court's page limits.  SPI and Howell's request to join Beaty's re-filed
7 motion is granted.

       The orders to show cause are hereby discharged.

       IT IS SO ORDERED.

DATED: January 25, 2012.

_____
UNITED STATES DISTRICT JUDGE