1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11              Plaintiff,                              NO. CIV S-09-2445 KJM-EFB

12        v.

13   SIERRA PACIFIC INDUSTRIES; et al.,

14              Defendants.

15   _____/              ORDER

16              On February 10, 2012, the court held a hearing on defendants' motion to amend

17   the status (pretrial scheduling) order and its subsequent amendments.  (ECF 343.)  Kelli Taylor

18   appeared on behalf of plaintiff and William Warne appeared on behalf of defendants.  The court

19   granted the motion in part, denied defendants' request to seal[1] (ECF 347), and ordered

20   _____

21        [1] The court addressed the standing protective order governing the above-captioned matter
     (ECF 64) during argument on plaintiff's motion for partial summary judgment (ECF 351).  As
22   the court ordered at the hearing, the protective order will not govern prospective proposed
     sealing and redaction of documents filed in this case; rather, the Local Rules shall govern this
23   aspect of the case for the remainder of its duration. Documents to be filed in this matter are
     presumptively public.  The court shall only consider requests to seal or redact filed by the
24   proponent of sealing or redaction.  If a party plans to make a filing that includes material an
     opposing party has identified as confidential and potentially subject to sealing, the filing party
25   shall provide the opposing party with sufficient notice in advance of filing to allow for the
     seeking of an order of sealing or redaction from the court.  Documents that have previously been
26   filed under seal in this case are not being unsealed by the court sua sponte; the parties may
     request that such documents be unsealed after meeting and conferring with opposing counsel.

defendants to submit an unredacted motion to amend no later than February 15, 2012, to be filed in lieu of the currently filed redacted motion.

The court hereby sets the following schedule:

1) Expert discovery is reopened so that parties may conduct depositions of expert witnesses for the sole purposes of aiding in trial preparation and settlement.  Such depositions shall be completed by March 9, 2012.  Plaintiff and defendants shall be limited to deposing no more than nine (9) experts each.

2) The deadline for filing dispositive motions has passed and shall not be extended.

3) The final pretrial conference is hereby reset from March 14, 2012 to June 14, 2012 at 2:30 p.m.  Parties shall file their joint pretrial statement, *Daubert* motions if any, and motions in limine if any, by May 24, 2012.

4) Trial is hereby reset from April 23, 2012 to July 2, 2012 at 1:30 p.m.  Parties shall file trial briefs by June 18, 2012.

IT IS SO ORDERED.

DATED:  February 13, 2012.

_____
UNITED STATES DISTRICT JUDGE

2