DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:    (916) 444-1000
Facsimile:    (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, ET AL.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.  2:09-CV-02445-KJM-EFB<br><br>**REQUEST FOR JUDICAL NOTICE IN SUPPORT OF SIERRA PACIFIC INDUSTRIES' AND EUNICE HOWELL'S JOINT MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNAITVE, SUMMARY ADJUDICATION**<br><br>Date:     March 28, 2012<br>Time:     1:30 p.m.<br>Dept:     Courtroom 3, 15th floor<br>Judge:    Hon. Kimberly J. Mueller |

Pursuant to Rule 201 of the Federal Rules of Evidence Defendants Sierra Pacific Industries and Eunice Howell, individually and d/b/a Howell's Forest Harvesting, requests that this Court take judicial notice of the following evidence in support of their Motion for Summary Judgment or, in the alternative, Motion for Summary Adjudication:

1. Excerpt regarding Assembly Bill No. 514 from <u>Assembly Journal</u>, California Legislature Assembly, 36th Session (1905), a true and correct copy of which is attached hereto as **Exhibit A**.

/ / /

1208182.1

1

REQUEST FOR JUDICAL NOTICE

2. Excerpt regarding former Civil Code section 3346*a* from <u>Report of the Commissioners for the Revision and Reform of the Law: Revised Civil Code</u>, Volume I (Sacramento, Superintendent State Printing 1899), a true and correct copy of which is attached hereto as **Exhibit B**.

3. Excerpt regarding former Civil Code section 3346*a* from <u>Report of the Commissioners for the Revision and Reform of the Law: Recommendations Respecting the Civil Code</u> (Sacramento, Superintendent State Printing 1900), a true and correct copy of which is attached hereto as **Exhibit C**.

4. Excerpt regarding former Civil Code section 3346*a* from <u>Index to the Laws of California: 1850-1907</u> (Sacramento, Superintendent of State Printing 1907), a true and correct copy of which is attached hereto as **Exhibit D**.

5. Versions of Senate Bill No. 490 (1931), a true and correct copy of which is attached hereto as **Exhibit E**.

6. Excerpt regarding Senate Bill No. 490 from <u>Legislative Digest: Digest of Bills and Constitutional Amendments Introduced Prior to the Constitutional Recess</u>, California Legislature, 49th Session (1931), a true and correct copy of which is attached hereto as **Exhibit F**.

7. Versions of Senate Bill No. 807 (1931), a true and correct copy of which is attached hereto as **Exhibit G**.

8. Excerpt regarding Senate Bill 807 from <u>Legislative Digest: Digest of Bills and Constitutional Amendments Introduced Prior to the Constitutional Recess</u>, California Legislature, 49th Session (1931), a true and correct copy of which is attached hereto as **Exhibit H**.

9. Versions of Assembly Bill No. 1874 (1953), a true and correct copy of which is attached hereto as **Exhibit I**.

10. Excerpt regarding Assembly Bill 1874 from <u>Legislative Digest: Bills and Constitutional Amendments Introduced</u>, California Legislature, 1953 Regular Session (1953), a true and correct copy of which is attached hereto as **Exhibit J**.

11. Letter from Joseph L. Knowles, Assistant Secretary, California Code Commission, to Governor Earl Warren, regarding Assembly Bill No. 1874 (March 27, 1953), a true and correct copy of which is attached hereto as **Exhibit K**.

12. Letter from Leonard M. Friedman, Deputy Attorney General, to Governor Earl Warren, regarding Assembly Bill No. 1874 (March 27, 1953), a true and correct copy of which is attached hereto as **Exhibit L**.

13. Letter from Joe R. Yockers, State Fire Marshal, to Beach Vasey, Legislative Secretary, Office of the Governor, regarding Assembly Bill No. 1874 (March 27, 1953), a true and correct copy of which is attached hereto as **Exhibit M**.

14. Legislative Memorandum, Governor's Office, from Beach Vasey to Governor Warren, regarding Assembly Bill No. 1874 (April 1, 1953), a true and correct copy of which is attached hereto as **Exhibit N**.

15. Versions of Assembly Bill 2526 (1957), a true and correct copy of which is attached hereto as **Exhibit O**.

16. Excerpt regarding Assembly Bill 2526 from <u>Legislative Digest: Bills and Constitutional Amendments Introduced</u>, California Legislature, 1957 Regular Session (1957), a true and correct copy of which is attached hereto as **Exhibit P**.

17. Excerpt regarding Assembly Bill 2526 from <u>Summary Digest of Statutes Enacted and Proposed Constitutional Amendments Submitted to the Electors</u>, California Legislature, 1957 Regular Session (1957), a true and correct copy of which is attached hereto as **Exhibit Q.**

18. Letter from G. Kelton Steele to Assemblyman Frank Belotti (February 12, 1957), a true and correct copy of which is attached hereto as **Exhibit R**.

19. Explanation of Assembly Bill No. 2526, a true and correct copy of which is attached hereto as **Exhibit S**.

20. Letter from James Doyle, Area Administrator, United State Department of the Interior, Bureau of Land Management, to Assemblyman Frank P. Belotti, regarding Assembly Bill No. 2526 (July 26, 1957), a true and correct copy of which is attached hereto as

1     **Exhibit T**.

2     21. Letter from R.R. Beal, State Supervisor, United States Department of Interior, Bureau of Land Management, to Hon. Frank P. Belotti, California State Assembly, regarding Assembly Bill No. 2526 (July 31, 1957), a true and correct copy of which is attached hereto as **Exhibit U**.

22. Initial Statement of Reasons, Fire Prevention Precautions, 2009, Title 14 of the California Code of Regulations (14 CCR), published May 29, 2009, and available from the California Board of Forestry and Fire Protection at: http://www.bof.fire.ca.gov/regulations/proposed_rule_packages/fire_prevention_precautions_2009/isor_fire_inspection_5_12_09.pdf., a true and correct copy of which is attached hereto as **Exhibit V.**

23. 1989 California Board of Forestry and Fire Protection's "Final Statement of Reasons" regarding "Adoption, Amendment, or Repeal of 14 CCR 918, 938, 958, 918.1, 938.1, 958.1, 918.2, 958.2, 918.8, 938.8, 958.8, 918.9, 938.9, 958.9, 918.10, 938.10, and 958.10," a true and correct copy of which is attached hereto as **Exhibit W**.

Legislative history materials are properly subject to judicial notice. *See Territory of Alaska v. American Can Co.*, 358 U.S. 224, 226-27 (1959) (court may take judicial notice of the legislative history of a bill); *Chaker v. Crogan*, 428 F.3d 1215, 1223, n. 8 (9th Cir. 2005) (granting request to take judicial notice of legislative history of California Penal Code section 148.6); *Palmer v. Stassinos*, 348 F. Supp. 2d 1070, 1077 (N.D. Cal. 2004) (taking judicial notice of legislative history materials regarding California Civil Code section 1719). Therefore, the documents are properly subject to judicial notice under Federal Rule of Evidence 201.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DATED: February 29, 2012                DOWNEY BRAND LLP


                                        By:      */s/ William R. Warne*
                                              WILLIAM R. WARNE
                                              Attorneys for Defendant/Cross-Defendant
                                              SIERRA PACIFIC INDUSTRIES


DATED: February 29, 2012                RUSHFORD & BONOTTO, LLP


                                        By: */s/ Phillip Bonotto (as authorized on 2/29/2012)*
                                              PHILLIP BONOTTO
                                              Attorneys for Defendants/Cross-Defendants
                                              EUNICE HOWELL, INDIVIDUALLY and d/b/a
                                              HOWELL'S FOREST HARVESTING

1208182.1                                      5

REQUEST FOR JUDICAL NOTICE