# EXHIBIT C

# EXHIBIT C

TO JOINT PRE-TRIAL STATEMENT

**Defendants' List of Deposition Excerpts That May be Offered**[1]

**Les Anderson**
**July 14, 2011**

16:9-16:19; 18:11-18:20; 18.17-18.20; 20:10-20:16; 36:13-36:22; 39:22-39:24; 44:9-44:13; 54:9-54:17; 59:19-60:1; 61:15-61:21; 72:6-72:12; 73:10-73:23; 80:24-81:11; 82:15-82:19; 84:18-84:22; 85:14-86:22; 90:5-90:18; 92:11-92:21

**Edwin Bauer**
**December 8, 2010**

58:15-60:6; 93:7-94:23; 138:20-139:11; 142:18-145:3; 148:12-149:6; 152:22-153:5; 161:8-162:6; 173:8-173:11; 173:19-174:24; 188:1-188:4; 155:7-155:14; 0715; 13:14; 06:04; 08:16; 04:05; 11:05

**Jennifer L. Bauer**
**December 9, 2010**

17:2-17:17; 19:25-20:14; 25:12-25:21;  38:16; 40:06;  40-150:42-15; 41:21-42:15; 79:12-80:13; 88:11-88:25;  89:8-89:16; 92:12-92:16; 93:14-94:5; 94:11-94:19; 95:21-96:6; 96:11-96:16; 98:2-98:13; 101:20-102:7; 103:24-104:4; 109:21-110:4; 110:20-110:25; 114:8-115:23; 115:8-115:23; 120:9-121:2; 123:24-124:9; 123:3-123:12; 124:19-125:2; 125:13-126:23; 143:16-144:7; 144:24-145:2; 145:25; 145:25-146:25; 148:20-149:6; 149:20-150:4; 151:8-151:20; 152:8-153:20; 155:9-155:21; 157:2-157:17; 158:23-159:13; 182:24-184:12; 185:05; 185:05-186:05; 185:5-186:5; 193:6-193:14; 194:5-194:8; 202:19-204:4; 243:18-245:4; 248:11-248:21; 283:08; 284:25-284:06; 298:17-300:1; 378:13-378:22; 388:16-388:20; 404:19-405:4

56:1-56:14; 78:7-80:13; 88:18-89:7; 92:12-92:20; 93:14-94:1; 95:21-96:6; 98:2-98:13; 103:24-104:7; 112:12-113:3; 115:10-115:23; 116:8-116:17; 119:2-120:24; 123:13-123:23; 145:25-

---

[1] Defendants note that there are currently numerous motions in limine and Daubert motions pending with the Court.  Defendants also note that Plaintiff has provided two witness lists, one which includes witnesses that Plaintiff "may" call to trial.  Accordingly, Defendants are unsure as of this filing which deposition excerpts will actually be necessary.  Depending upon how the Court rules, and depending upon which witnesses Plaintiff actually calls, and depending upon their testimony, certain deposition excerpts may be removed from this list, and/or certain other deposition excerpts may need to be added.  Accordingly, many of the deposition excerpts identified herein are provided provisionally and Defendants reserve the right to object on any and all available grounds to the introduction of any of the clips listed herein into evidence. Moreover, Defendants reserve the right to amend or modify this list as necessary.  Defendants further reserve the right to use or offer into evidence any deposition excerpts identified by Plaintiff.

*United States of America v. Sierra Pacific Industries, et al.*
United States District Court, Eastern District of California
Case No. 2:09-cv-02445-KJM-EFB

146:7; 153:7-154:2; 157:13-158:25; 176:17-176:25; 179:25-181:11; 185:5-186:15; 186:19-187:17; 193:2-193:20; 202:19-204:6; 229:9-230:20; 236:2-236:11; 244:4-245:4; 283:25-284:25; 298:8-300:9; 300:16-301:12; 395:1-395:11

**Ryan Bauer**
**March 29, 2010**

67:5-68:18; 83:8-83:20; 89:14-89:25; 91:12-91:18; 95:7-95:14; 96:10-96:11; 112:19-113:8; 115:5-115:12; 116:2-116:8; 123:4-123:17; 126:25-127:10; 129:2-129:19; 135:17-137:6; 153:4-153:11; 159:18-160:10; 160:15-160:22; 160:23-161:5; 161:17-161:24; 163:18-166:10; 170:24-171:14; 174:7-174:22; 175:25-176:15; 183:5-184:7; 189:19-190:3; 193:22-194:5; 193:5-193:19; 194:10-194:18; 195:2-195:12; 197:3-198:14; 199:5-199:14; 201:20-202:17; 203:11-204:21; 207:1-207:20; 207:21-208:9; 214:4-217:10; 217:11-219:2; 221:13-222:22; 227:2-227:6; 229:7-229:19; 265:15-266:11; 268:21-269:21; 273:7-274:24; 275:4-275:24; 291:1-292:9; 293:25-294:15; 297:10-297:17; 307:18-308:17; 318:2-318:18; 32:7-32:21; 321:11-321:22; 32:7-32:25; 34:1-34:12; 40:23-41:21; 41:25-42:11; 64:5-65:12; 67:6-67:8; 68:19-69:10; 95:7-95:15; 159:18-160:10; 171:9-171:14; 192:5-193:19; 199:5-200:23; 201:25-203:18; 273:22-275:2; 303:11-311:3

52:24-60:25; 60:23-60:25; 68:19-68:24; 95:10-95:14; 95:20-96:1; 192:10-193:15; 197:3-199:14; 198:14-199:8; 209:17-209:24; 198:09-199:11; 209:17-209:24 26:4-26:17; 26:7-26:10; 192:21-193:15; 196:19-196:25; 197:20-198:19; 198:18-198:19; 201:21-201:24; 202:5-204:17; 208:2-208:9; 209:11-209:16; 218:7-218:10;

**Ryan Bauer**
**April 16, 2010**

385:25-386:19; 388:23-389:1; 391:10-396:15; 391:10-397:11; 396:20-397:16; 399:10-399:13; 399:23-400:1; 399:6-399:22; 400:13-400:19; 401:15-402:5; 400:02-400:05; 402:08-404:15; 402:13-404:15;

**Ryan Bauer**
**December 6, 2010**

453:6-453:25; 486:1-486:24; 488:9-489:11; 495:18-496:1; 497:19-497:21; 498:8-499:16; 500:11-501:7; 502:9-503:2; 503:6-503:18; 504:3-504:15; 505:4-505:16; 506:22-507:14; 508:22-509:5; 509:10-510:14; 514:10-515:16; 516:13-517:9; 518:15-518:19; 520:1-520:9; 522:4-522:22; 525:7-526:4; 526:18-527:11; 529:1-529:9; 532:12-533:10; 533:20-534:9; 542:23-543:13; 546:14-547:25; 548:8-548:22; 550:3-550:6; 554:18-555:8; 579:17-581:21; 582:10-582:18; 584:7-584:14; 588:2-588:16; 599:24-600:6; 601:14-603:4; 611:21-612:12; 617:14-617:23; 620:16-620:22; 624:13-624:21; 626:19-627:8; 629:5-629:17; 638:10-639:1; 659:5-659:14; 660:17-660:25; 663:16-664:9; 672:18-673:2; 679:3-679:11; 680:5-681:23; 681:24-682:7; 683:8-685:18; 685:12-685:18; 692:6-693:4; 697:7-698:4; 698:5-699:25; 705:24-706:2; 705:7-705:13; 706:3-706:10; 708:8-709:2; 711:7-711:18; 721:6-721:13; 727:18-728:10; 733:25-734:6; 738:20-739:12; 742:3-742:13; 744:14-745:4; 749:13-749:25; 750:6-750:17; 777:24-778:9; 488:5-488:8; 489:20-492:2; 493:10-493:15; 514:10-515:13; 521:6-523:21; 525:10-

*United States of America v. Sierra Pacific Industries, et al.*
United States District Court, Eastern District of California
Case No. 2:09-cv-02445-KJM-EFB

527:11; 532:15-532:19; 535:10-535:15; 547:10-550:2; 579:14-588:16; 672:20-673:6; 749:16-750:21;

**Ryan Bauer**
**December 7, 2010**

800:6-804:19; 805:25-807:19; 809:8-810:6; 809:05-810:12 812:12-815:17; 814:3-815:11; 816:2-819:14; 816:2-818:4; 818:5-820:24; 820:25-821:20; 820:25-822:8; 822:9-824:20; 822:9-825:3; 825:24-826:4; 826:10-827:15; 839:25 - 840:20; 842:14-843:13; 852:04-852:09; 822:16-823:08; 800:12-801:03; 800:17-801:03; 800:06-800:15; 843:14-844:7; 852:4-854:9; 855:11-856:23; 857:8-12; 858:20-861:17;

793:17-793:24; 794:3-794:6; 796:11-797:5; 798:5-798:13; 799:25-800:5; 800:16-801:2; 800:6-800:15; 801:9-802:16; 803:4-803:13; 806:5-806:9; 807:3-807:17; 809:23-810:3; 813:2-814:2; 814:20-815:8; 816:2-816:17; 818:5-819:14; 820:22-821:19; 820:3-820:13; 822:21-823:8; 822:6-822:15; 840:9-841:2; 849:3-849:20; 850:19-850:25; 851:13-851:17; 852:25-853:4; 855:19-856:6; 857:8-858:2; 864:2-864:24; 872:12-873:11; 874:19-875:3; 877:5-877:14; 884:15-885:11; 889:23-891:9; 898:10-898:21; 920:16-920:18; 950:22-951:13; 950:22-951:4; 952:4-952:14; 1063:2-1064:7; 1083:11-1083:22

**Herschel Beail**
**August 9, 2010**

22:11-23:3; 26:24-27:20; 29:17-30:10; 34:14-35:6; 40:11-41:24; 44:7-45:2; 47:20-49:5; 51:9-16; 73:9-17; 75:24-77:6; 79:25-80:15; 84:4-20; 87:9 - 17

**Kevin Boston Ph. D**
**September 22, 2012**

8:8-10:11; 12:5-25; 13: 1- 3; 19: 6- 15; 21:5-12; 30:13-31:25; 32: 9-14; 33:15-36:7; 45:25-46:17; 46:24-61:22; 62:14-63:18;64:13-19; 65:4-67:2; 68:8-71:2; 71:3 -75:21; 75:22 - 80:1; 81:5-84:22; 87:23-89:16; 99:19-105:20; 107:16-109:6; 109:7-17; 112:5-119:12; 121:3-123:1; 128:10-17; 129:9-20; 130: 20 -22; 132:13-134:2; 143:8-145:1; 150:3-14; 154:12-162:12; 163:22-166:7; 169:20-25; 176:21-181:14; 182:15 - 186:16; 187:25-190:6; 194:24-199:20; 199:24-217:8; 223:20-224: 19; 225:4-13; 225:6-227:3; 228:4-229:4; 229:18-230"15; 231:7-233:3; 237:7-23; 238:17-241:11; 244:4-24; 246:15-248:33;251:10-261:22; 272:25-273:20; 279:24-281:15; 288:7-290:20; 292:22-294:6; 296:20-300:11; 303:23-304:21; 313:20-314:8; 10.20-130.22

**Philip Bowden**
**November 4, 2011**

14:10-17:7;  18:17-19:5; 21:18-22:9; 23:4-24:11; 25:8-28:21; 29:1-17; 30:12-31:13; 32:4-21; 34:4-35:14; 36:1-15; 37:1-24; 38:14-39:15; 39:24-42:7; 43:9-21; 44:2-11;  45:2-48:3; 48:11-49:8; 51:25-54:8; 55:18-56:7; 57:14-59:2; 59:14-60:19; 61:8-62:19; 63:4-64:10; 69:11-71:11; 73:20-77:3; 79:17-80:5; 81:16-84:22; 85:15-93:25; 95:2-18; 96:21-100:9; 100:24-104:2; 104:24-109:24; 110:7-112:15; 113:1-116:19; 117:20-118:10; 119:10; 119:13-125:23; 126:4-131:19; 133:5-134:25; 135:18-142:11; 148:16-150:23; 151:12-153:14; 154:13-156:6; 157:4-158:20; 159:16-165:13; 167:7-171:2; 172:21-174:19; 175:7-182:21; 184:10-185:21; 187:6-189:2; 189:10-193:7; 196:13-197:7; 199:21-200:12; 204:6-205:3; 206:6-209:25; 211:2-212:12; 216:9-216:22; 217:10-218:12; 225:17-228:25; 229:10-231:12; 231:23-234:20; 238:15-241:22; 242:17-243:3; 243:22-244:21.

**Sharon Brockman**
**February 27, 2012**

7:4 – 9:19; 11:9 – 19; 21:9 – 22:6; 24:13 – 32:19; 34:21 – 37:20; 40:17 – 46:13; 46:15 – 51:16; 52:16 – 53:3; 53:16 – 57:20; 60:24 – 72:5; 74:5 – 76:18; 77:23 – 86:4; 93:9 – 95:18; 95:19 – 96:10; 101:1 – 102:11; 110:7 – 17; 115:19 – 119:19; 121:5 – 22; 127:5 – 17; 143:6 – 16; 145:8 – 147:9; 148:4 – 150:19; 150:24 – 152:8; 152:19 – 153:15; 153:16 – 155:21;  156:12 - 160:3; 170:12 – 173:18; 173:20 – 177:5;  181:5 – 182:17; 192:3 – 13;  193:3 - 197:22;   197:23 - 204:20; 205:9 -206:11; 207:17 -   210:18; 212:3 – 216:17; 219:12 – 220:2; 221:13 – 222:7; 222:16 – 224:11;

**Robert Brown**
**May 24,2010**
215:20-218:2; 259:2-261:6; 429.14-430.23; 455.02_456.12

**J.W. Bush**
**April 29, 2010**

216:15-217:14; 215:5-215:12; 288:18-289:4; 332:9-333:16; 338:3-339:22; 302:11-302:18; 470:1-470:21; 458:2-458:4; 456:23-457:9l 456:17-457:23; 442:22-444:1; 441:15-442:1; 438:24-440:16; 434:8-434:17; 426:9-428:16; 530:1-530:7; 527:6-527:13; 599:11-599:14; 347.06-349.17; 294.23-295:3; 101.10-102.16; 100.12-103.09

**Alice Carlton**
**June 17, 2011**

64:4-64:11; 67:23-68:7; 71:20-72:7; 177:5-177:20; 182:2-182:10; 210:23-212:9; 242:25-243:24; 246:4-246:13; 255:14-257:19; 273:10-275:13; 280:18-280:24; 284:12-284:23; 296:6-296:17; 299:11-299:25; 303:11-303:25; 309:15-310:8; 313:12-315:3

**Alan Carlson**
**August 4, 2011**

365:19-366:18,368:23-370:11,371:20-372:8,392:19-393:3,394:17-395:2,400:2-401:5,409:4-14,434:24-437:5,474:9-476:4,517:4-517:17,532:25-533:17,539:18-24,541:11-14

**Katherine Carpenter**
**February 22, 2012**

8:19 – 25:16; 34:10 – 53:1; 55:24 – 64:14; 66:15 – 67:4; 67:24 – 69:23; 70:14 – 21; 77: 7 – 80:24; 83:15 – 25; 84:23 – 85:1; 88:1 – 93:25; 95:23 – 99:23; 103:19 – 104:2; 107:21 – 113:2; 113:3 – 121:6; 124:10 – 126:13; 127:3 – 131:10; 133:11 – 135:11; 138:20 – 140:20; 142:8 - 147:21; 149:12 – 159:20; 161:17 – 168:12; 169:20 – 180:13; 182:10 – 185:23; 185:24- 191:20; 192:2 – 193:8; 194:5 – 197:23; 198:2 – 201:17; 203:20 – 206:7; 206:14 – 208:15; 208:16 – 209:19; 210:23 – 211:7; 212:9 – 214:3; 215:17 – 216:10; 222:16 – 225:22; 225:23 – 226:11; 227:6 – 24; 229:15 – 235:14; 237:9 – 254:23; 257:2 – 258:19; 263:12 – 19; 267:1 – 269:10; 279:9 – 281:22; 282:6 - 284:4; 291:21 - 294:20; 305:6 -308:25; 309:19 – 313:11; 315:4 – 320:9; 321:2 - 323:16.

**Richard Case**
**August 9, 2011**

7:23-9:6; 11:10-12:25; 15: 2- 18:14; 20:7-22:1; 27:5- 30:25; 32:6-25;35:22-39:23; 41:4-43:18; 58:3-10; 65:14-66:8; 67:10-69:7; 73:17-74:24; 84:11-86:17; 91:24-93:19; 95:19-96:19; 98:3-112:6; 118:16-128:19; 129:22-131:25; 144:10-14; 149:8-17; 150:1-151:14; 153:7- 162:20; 163:22-166-15; 171:21-172:1; 173:18-174:4;  177:1-18; 181:17 -22;  184:3-187:12; 188:9-212:2; 213:3-217:18; 223:22-226:10; 228:13-20; 229:7-11; 232:2-233:22;  279:4-22; 283:17-288:1; 207:12-207:25; 209:07-212:02

**Kelly Close**
**March 5, 2011**

020:4-21:12; 022:5-24:6; 025:8-27:8; 026:11-26:16; 032:6-33:4; 037:11-37:19; 046:19-47:20; 049:8-50:10; 054:13-56:9; 057:10-58:4; 059:19-60:24; 068:6-68:20; 075:22-77:23; 085:24-88:23; 096:7-96:21; 098:19-99:6; 104:2-104:14; 111:8-111:23; 113:5-118:3; 125:9-126:9; 129:24-132:22; 144:21-145:14; 146:15-148:3; 157:8-158:17; 163:20-165:17; 163:3-165:7; 166:7-167:21; 167:22-168:14; 182:9-183:18; 187:12-188:14; 189:21-190:20; 197:6-197:22; 207:5-208:2; 211:9-214:15; 214:23-216:3; 222:10-222:22; 226:14-226:25; 228:13-229:4; 229:15-229:19; 238:6-238:21; 242:13-243:6; 261:19-262:9; 266:16-267:2; 275:7-275:20; 277:23-278:2; 287:4-287:13; 292:12-293:13; 295:2-296:24

**Larry Craggs**
**April 7, 2011**

81:08; 243:10-245:07; 234:23; 231:07-239:07; 163:15; 158:19-160:23; 148.02-148.19; 146:22-148:19; 144.18-145:09; 142.23-143.24; 141.17-143:24; 141:17-142:22; 142:23-143:24; 144:18-145:9; 148:2-148:19; 158:19-160:23; 231:7-239:7; 243:10-245:7

**Christopher Curtis**
**November 7, 2011**

020:10-20:20; 021:4-21:8; 039:19-39:24; 044:20-44:23; 044:24-45:16; 049:21-69:4; 070:21-71:9; 095:4-98:21; 100:11-105:9; 107:18-107:22; 108:18-116:5; 116:15-125:7; 131:5-131:23; 133:8-134:25; 143:23-144:3; 155:22-156:18; 158:10-158:22; 158:23-159:5; 165:11-166:9; 166:20-167:1; 169:25-170:3; 176:2-176:17; 178:14-180:7; 183:25-185:1; 205:22-206:12; 237:21-238:13; 238:17-242:12; 243:12-243:18; 249:12-249:20; 252:8-252:23; 256:6-256:18; 259:12-259:23; 265:5-268:18; 269:1-273:25; 276:3-276:24; 277:4-277:15; 278:2-278:10; 280:22-281:5; 283:8-283:13; 286:23-288:4; 288:16-292:18; 301:6-302:16; 307:15-308:19; 312:20-314:12; 317:5-318:24; 320:9-321:23; 323:4-326:20; 327:16-329:11; 330:1-330:19; 344:4-345:1; 362:20-365:10; 377:7-378:19; 379:3-379:25; 384:18-386:2

**Leslie Curtis**
**March 17, 2011**

85:22-86:13; 178:18-179:22; 196:8-198:23; 194:2-195:24; 253:11-262:14; 219:16-222:4; 224:3-13; 226:23-227:7

**Larry Dodds**
**August 4, 2011, August 29, 2011**

38:6-39:12; 37:5-37:11; 31:15-32:3; 28:16-29:8; 14:1-16:3; 82:19-83:2; 160:14-163:9; 152:18-153:6; 128:4-131:19; 118:10-120:11; 104:12-104:20; 103:2-103:10; 145:12-146:10; 200:7-200:10; 212:20-213:18; 278:9-278:20; 273:15-277:5; 262:14-264:2; 246:7-246:11; 318:4-318:16; 309:4-311:4; 162:11-163:09; 104.12-104.19

077:21-378:11; 380:22-381:6; 382:17-384:7; 391:4-391:11; 400:19-400:25; 401:11-402:1; 413:22-413:25; 419:20-420:6; 421:25-422:4; 444:7-446:3; 452:22-453:10; 452:9-452:21; 480:14-481:12; 491:16-492:10; 492:18-493:2; 498:21-499:6; 503:12-503:25; 504:15-505:8; 508:13-509:13; 529:13-529:21; 533:22-534:23; 541:13-541:18; 553:4-553:13 826:22-827:18

**Craig Endicott**
**June 13, 2011**

101:17-102:25; 107:13-109:3; 107:7-107:10; 111:9-111:19; 116:22-117:13; 118:7-118:23; 121:3-121:14; 122:17-123:7; 124:1-124:16; 127:5-127:24

*United States of America v. Sierra Pacific Industries, et al.*
United States District Court, Eastern District of California
Case No. 2:09-cv-02445-KJM-EFB

**Russell Demarce**
**May 17-18, 2010**

327:16-329:11; 504:18-507:14; 516:24- 517:25; 569:25-577:13; 583:8-583:21

**Todd Ellsworth**
**November 22, 2011**

11:19-12:7; 15:2-16:19; 16:25-17:9; 17:18-19:13; 19:24-20:7; 21:21-25:16; 26:21-33:11;  34:18-37:25; 38:23-41:1; 41:17-43:7; 43:17-44:18; 45:4-52:1; 54:7-56:5; 57:18-58:14; 59:9-20; 60:3-63:11; 64:5-65:5; 65:18-67:13; 68:4-73:3; 74:2-77:19; 79:6-92:1; 92:16-95:8; 95:20-97:6; 101:1-105:3; 106:4-109:4; 109:17-113:11; 114:6-115:5; 115:12-119:14; 119:24-120:14; 121:5-128:25; 130:10-24; 132:21-134:20; 136:23-137:19;  141:16-143:19; 144:2-148:1; 152:18-156:8; 158:3-159:7; 160:21-161:6; 161:10-168:13;  168:24-174:13; 174:16-177:11; 178:9-183:14; 183:18-185:4; 185:8-191:11; 191:23-196:8; 197:24-198:11; 199:3-206:9; 206:15-207:16; 207:18-212:9; 213:4-214:14;  214:19-215:11; 215:15-217:13; 219:24-221:1; 221:19-223:17; 223:21-228:8; 229:25-230:17; 231:20-232:17; 233:6-234:25; 236:6-237:13; 240:8-241:7; 242:21-248:25; 249:18-251:6; 252:1-253:21; 254:2-259:6; 260:3-264:19; 265:6-271:25; 272:22-273:21; 274:1-278-6; 281:17-282:14; 284:9-294:1; 295:12-25; 300:2-302:17; 303:12-308:2; 309:5-310:15; 312:8-314:13.

**John Forno**
**September 13, 2010,  October 26, 2010**

37:5-37:21; 39:6-39:11; 45:25-46:17; 69:19-70:18; 73:15-73:19; 74:23-76:5; 77:23-80:25; 81:1-88:3; 89:22-90:22; 103:19-105:22; 93:18-94:12; 95:23-96:7; 108:14-109:7; 109:20-112:23; 114:8-114:25; 120:8-120:14; 128:8-128:25; 129:10-130:19; 152:12-152:23; 184:9-185:10; 198:10-198:25; 231:4-232:18; 284:24-285:8; 291:10-292:15; 294:7-294:17; 303:14-304:1; 321:14-322:5; 322:19-323:14; 332:5-334:4; 349:20-350:19; 351:10-351:14; 307:21-308:10; 343:7-343:25; 371:19-372:25; 438:3-439:13; 450:23-451:8; 452:1-453:1; 456:4-457:21; 463:9-464:17 ;467:16-468:23; 471:11-472:16; 501:19-506:7

**Brigitte Foster**
**March 3, 2011**

007:25-8:21; 009:24-9:25; 010:8-10:16; 022:2-22:19; 040:7-; 042:17-42:23; 044:16-45:4; 060:18-61:10; 068:7-69:9; 077:13-79:3; 092:18-93:3; 092:1-92:4; 129:22-130:24; 137:23-138:6; 140:15-141:1; 144:14-145:18; 150:16-151:14; 154:3-155:23; 157:22-158:3; 160:9-161:1; 163:14-164:1; 182:21-183:3; 187:16-187:22; 194:6-194:21; 197:22-199:16; 197:6-197:16; 201:4-201:23; 202:16-203:16; 213:7-213:21; 215:17-216:15; 218:25-219:19; 223:25-226:2; 230:18-231:23; 231:24-232:12; 234:19-236:9; 247:16-249:1; 284:5-285:17; 287:13-287:24; 289:6-289:19; 293:12-294:3; 308:24-310:11; 314:22-315:25; 317:12-318:12; 334:12-335:25; 337:17-340:22;  278-03_278-21; 268.24-271.19; 236.25-237.21; 197.22-198.03

*United States of America v. Sierra Pacific Industries, et al.*
United States District Court, Eastern District of California
Case No. 2:09-cv-02445-KJM-EFB

**Maria Garcia**
**August 12, 2011**

8:1-9:10; 21:2-24:7; 25:14-28:10; 29:5-33:8; 41:6-43:25; 44:1-56:20; 60:14-61:2; 62:15-63:21; 67:4-68:14; 69:23-70:14; 73:24-74:10; 76:10-79:3; 81:3-82:13; 83:10-84:9; 88:2-89:10; 90:3-92:10; 93:18-94:2; 96:12-98:13; 102:21-103:5; 110:8-111:6; 115:12-116:5; 145:11-147:5; 172:15-174:14; 176:14-177:24; 186:4-186:22; 189:13-190:4; 191:19-192:1; 195:16-197:2; 201:11-207:4; 213:5-213:19; 215:7-217:2; 228:12-229:15; 235:2-235:10; 239:6-242:21; 243:22-245:5; 248:8-252:9

**John Garland;  PhD PE**
**September 12, 2011**

9:9-12:1; 13:1-6; 16:23 -25; 17:4- 19:2; 23:9 –31:8;  31:9-32:2; 32:3-36:16; 36:17-37:23;  37:24-41:21; 41:22-42:22; 47:8-48:9; 53:23-55:6; 63:5-66:12; 67:2-72:20;  72:24-74:5; 77:17-78:9; 79:7-80:2;  80:18-84:22; 88:8-14; 88:15-92:6;  104:5-106:9; 108:12-114:24; 115:1 -125:19; 130:3-132:4; 134:9 - 135:23; 136:11-21; 144:22-145:5; 150:22-153:25; 159:11-160:22; 171:24 - 173:14; 186:22-216:14; 216.15-217:11; 225:19 - 228:2; 234:8-240:3; 241:21 - 242:13; 247:1-250:10;  252:19- 255:20; 256:20-257:21; 258:13-259:10; 272:22; 284:12-20; 286:2-287:20; 290:1-4; 300:17-338:24; 342:10 -21; 344:7-22; 349:22-351:4; 354:9-355:19; 16:23-17:19; 18:24-19:2; _25:13-25:25; 27:23-29:3; 31:9-32:2; 37:18-37:23; 39:21-40:1; 39:7-39:12; 41:8-41:21; 47:8-48:1; 63:12-63:24; 71:12-71:14; 77:17-77:21 78:7-78:9; 135:9-135:13; 149:4-149:13; 152:1-153:3; 209:11-209:22; 217:12-218:20; 239:20-240:1; 241:21-242:13; 261:24-262:16; 344:18-344:22; 346:1-346:13; 349:22-351:4; 353:2-353:11; 354:9-355:19; 260.20-262.16

16:23-17:19; 18:24-19:2; 27:23-29:3; 31:9-32:2; 37:18-37:23; 39:21-40:1; 39:7-39:12; 41:8-41:21; 47:8-48:1; 63:12-63:24; 71:12-71:14; 77:17-77:21; 78:7-78:9; 135:9-135:13; 149:4-149:13; 152:1-153:3; 209:11-209:22; 217:12-218:20; 239:20-240:1; 241:21-242:13; 25:13-25:25; 260.20-262.16; 261:24-262:16; 344:18-344:22; 346:1-346:13; 349:22-351:4; 353:2-353:11; 354:9-355:19

**John Garland;  PhD PE**
**November 16,  2011**

392:1-13; 412:9-415:14

**George Gonzales**
**January 20,  2011**

120:17-123:13; 122:25-123:11

*United States of America v. Sierra Pacific Industries, et al.*
United States District Court, Eastern District of California
Case No. 2:09-cv-02445-KJM-EFB

**Greg Gutierrez**
**October 19, 2011**

100:11-102:7; 111:11-113:1; 114:18-115:14; 116:6-116:15; 135:10-135:22; 140:10-140:25; 142:7-142:21; 145:2-145:9; 184:4-185:11; 188:17-190:10; 191:16-192:14; 196:21-197:15; 199:4-202:11; 200:06-202:13

**Dave Harp**
**May 6, 2011**

034:8-34:20; 038:12-39:6; 041:17-41:22; 046:1-46:10; 050:13-50:23; 051:25-52:7; 063:5-63:13; 088:1-88:11; 091:6-91:10; 098:1-98:15; 104:12-105:2; 107:19-108:6; 108:22-109:6; 112:24-113:8; 117:5-117:14; 118:1-118:14; 123:8-124:2; 127:17-128:6; 131:12-131:19; 132:25-133:3; 135:13-135:18; 136:16-136:23; 138:8-138:16; 140:14-140:22; 140:18-140:22; 143:23-144:7; 147:9-147:15; 150:12-150:16; 150:8-150:16; 154:6-155:3; 155:21-156:1; 174:5-174:18; 176:11-176:18; 182:21-183:10; 192:19-193:17; 199:21-200:1; 199:5-199:20; 230:15-231:4; 234:20-234:24; 248:5-248:20; 249:2-249:6; 262:5-262:16; 264:5-264:16; 268:12-268:20

**Ron  Heinbockel**
**May 16, 2011**

041:14-45:4; 055:13-57:5; 078:8-82:20; 083:2-100:25; 099:5-102:12; 101:1-103:13; 102:13-103:20; 103:14-107:11; 104:21-107:11; 129:14-132:14; 142:5-147:11; 162:15-163:1; 167:15-168:5; 170:10-170:25; 178:13-179:25; 181:8-182:19; 183:17-185:22; 186:4-191:20; 193:17-195:10; 208:8-208:21; 211:12-212:12; 215:17-216:8; 222:16-224:21; 233:14-236:18; 237:1-238:20; 241:4-242:19; 244:6-245:14; 247:23-255:1; 261:8-264:16; 265:4-266:24; 266:11-268:16; 266:25-271:4; 278:20-279:1; 280:7-281:3; 283:11-283:18; 286:18-287:18; 311:19-312:16; 315:24-317:5; 323:2-323:21; 333:11-335:8; 335:4-335:8; 338:23-339:18

**Les Hendrickson**
**September 30,  2011**

044:15-45:10; 048:19-49:5; 048:5-48:11; 053:11-54:6; 058:2-58:7; 062:4-62:22; 068:10-68:13; 069:22-70:13; 071:19-71:24; 072:25-80:7; 072:2-72:10; 086:13-86:22; 092:17-93:6; 092:2-92:9; 095:24-96:11; 097:7-97:22; 098:1-98:8; 101:22-102:11; 102:12-103:23; 109:23-110:6; 115:5-115:20; 116:17-116:20; 116:4-116:12; 125:23-126:6; 129:10-129:24; 132:1-132:8; 137:7-137:19; 14:21-15:16; 140:9-140:24; 145:1-145:12; 147:13-147:20; 159:18-160:9; 172:23-173:3; 178:7-178:10; 179:6-180:20; 181:10-181:23; 185:22-186:2; 188:10-188:20; 188:21-189:5; 190:21-191:21; 194:15-195:2; 195:23-196:5; 198:18-200:11; 203:23-204:9; 206:18-209:4; 211:23-212:9; 211:9-211:14; 213:19-214:5; 215:5-215:17; 220:17-220:24; 226:3-226:11; 230:8-230:18; 231:15-232:20; 233:19-235:9; 237:7-238:7; 239:5-239:15; 240:22-241:1; 240:4-240:13; 242:18-242:21; 242:22-242:25; 243:2-246:11; 25:17-26:12; 250:3-250:23; 252:20-253:13; 253:14-253:22; 254:8-254:11; 256:14-257:10; 257:11-258:19; 258:20-262:23; 267:15-268:5; 269:9-269:17; 272:8-272:19; 278:16-279:3; 279:4-279:23; 287:20-287:25; 288:15-289:19; 296:14-296:16; 30:15-31:1; 315:23-317:20; 319:18-324:14; 325:13-325:22; 325:23-326:15; 332:23-333:19; 337:13-337:22; 339:12-339:15; 346:5-347:12; 353:16-354:3; 264:9-264:11

*United States of America v. Sierra Pacific Industries, et al.*
United States District Court, Eastern District of California
Case No. 2:09-cv-02445-KJM-EFB

**Frank Holbrook**
**June 1,  2011**

346:16-348:18; 347-07_350-04; 349:16-350:2; 411:4-411:17; 414:11-414:16

**Eunice Howell**
**September 9-10,  2010**

27:9-27:22; 28:24-29:25; 35:4-35: 39:5-40:10;  45:15-46:12;  50:19-52:19; 60:6-61:5; 241:14-242:21; 328:22-329:18

**Ivan Houser**
**April 18 – 20, 2011**

066:24-68:20; 070:22-71:14; 081:3-81:7; 085:12-86:25; 092:24-93:15; 133:1-134:25; 190:15-190:21; 191:20-192:11; 219:5-219:10; 220:14-220:20; 224:7-224:12; 253:4-253:7; 256:23-257:7; 256:5-256:10; 267:2-267:14; 268:3-268:21; 271:10-271:17; 277:5-277:16; 278:20-279:2; 296:2-296:11; 296:24-297:8; 299:5-300:13; 354:10-354:15; 370:11-370:19; 373:7-373:11; 377:25-378:11; 38:19-39:8; 458:8-458:24; 46:25-47:8; 490:11-490:18; 508:9-508:13; 532:2-532:4; 541:9-541:11; 560:4-560:16

**Andrea Terry-Jackson**
**September 23,  2010**

60:09-60:19; 72:8-72:13; 77:12-77:18; 77:2-77:18; 79:14-83:2; 79:19-80:15; 79:24-80:3; 80:13-80:18; 81:14-81:16; 81:14-82:6; 81:17-81:20; 82:20-82:25; 82:20-82:25; 84:15-84:20; 85:13-85:15; 88:12-88:14; 88:20-89:8; 88:24-91:6; 89:03-89:8; 89:3-89:8; 89:5-89:11; 90:10-91:6; 90:5-92:25; 93:25-94:2; 106:18-106:22; 107.14-110.12; 107:11-108:6; 109:2-110:12; 109:24-110:12; 110:10-110:12; 157:23-158:13; 158:6-158:10

106:7-110:12; 37:21-39:6; 50:14-52:5; 55:7-56:3; 57:19-58:2; 60:9-60:19; 61:14-62:21; 66:3-67:4; 69:5-69:11; 77:9-77:21; 79:19-81:1; 80:13-81:1; 81:14-83:2; 84:12-84:20; 85:10-85:20; 85:10-88:25; 87:22-91:23; 93:16-94:2; 111:20-112:23; 130:22-131:3; 132:22-133:17; 145:24-146:23; 158:6-158:13; 159:13-160:6; 170:19-172:4; 174:1-174:8; 197:4-197:11; 206:20-207:10; 209:11-210:7

**Karen Juska**
**January 26,  2011**

63:06; 37014; 269:22-270:21; 232:09; 147:16-149:20; 147:2-149:20; 153:7-153:22; 153:7-160:10; 157:18-158:6; 162:21-163:1; 188:23-189:6; 199:14-200:13; 216:4-216:15; 223:8-224:6; 226:18-227:14; 226:5-226:14; 228:5-228:15; 230:1-230:8; 241:14-243:5; 250:6-252:5; 254:23-257:1; 263:17-264:3; 264:19-265:19; 264:7-264:15; 269:14-271:21; 276:19-278:5; 279:2-279:10; 280:21-281:8; 287:12-288:23; 295:10-295:24; 301:25-302:5; 304:23-305:10; 34:8-35:10; 35:24-36:8; 366:6-366:24; 371:24-372:15

*United States of America v. Sierra Pacific Industries, et al.*
                    United States District Court, Eastern District of California
                                   Case No. 2:09-cv-02445-KJM-EFB

**Christopher Lautenberger**
**November 15,  2011**

18:1-18:7; 35:7-36:7; 36:20-38:13; 100:22-103:18; 107:11-107:23; 109:1-109:9; 112:8-114:16; 115:12-116:6; 130:6-131:2; 131:19-134:13; 134:14-135:21; 136:18-138:7; 72:15-73:16; 78:1-79:25; 80:4-80:19; 176:1-178:6; 190:17-191:9; 193:15-194:10 229:21-230:13; 250:14-250:24; 254:25-256:15; 266:8-267:22; 283:22-284:10; 314:18-317:1; 319:10-320:13; 321:15-322:8; 327:9-328:2; 342:12-343:3

**Caleb Lief**
**January 25,  2011**

342:17-343:14; 263:09-263:17; 192:12-192:17; 135:06-135:25; 104:24-106:22;  108:15-109:9;

**Dave Loomis**
**June 3,  2011**

010:10-11:23; 31:13-32:6; 32:7-33:16; 37:6-38:2; 44:19-46:13; 46:23-49:21; 52:5-53:7; 56:17-57:12; 59:10-63:12; 63:13-72:2; 63:6-64:16; 78:5-79:5; 79:17-79:22; 79:18-81:25; 92:21-93:3; 94:15-94:22; 96:5-97:8; 101:7-101:16; 110:6-110:13; 121:21-122:10; 122:11-123:18; 125:8-126:4; 137:23-138:14; 145:10-145:23; 151:6-151:24; 152:19-153:3; 170:22-172:14; 176:8-177:14; 177:24-178:7; 211:23-212:13; 176:08-178:07; 192:13-193:03; 228:09-229:23; 235:10-236:04; 240:12-242:06

**Marion Matthews**
**April 26, 2011**

53:8-54:5; 64:3-64:15; 87:7-87:17; 97:16-98:4; 98:19-99:5; 129:7-129:21; 138:25-139:9; 139:21-140:7; 141:6-141:23; 142:10-142:23; 143:17-143:20; 162:2-163:6; 169:2-169:7; 174:10-176:24; 196:9-197:13; 199:21-200:7; 202:3-203:25; 226:4-226:8; 244:17-246:17; 252:24-253:3; 266:16-267:14; 267:12-268:3; 271:23-272:19; 274:17-274:21; 174:22-175:1; 174:22-175:11; 210:01-210:06; 175:02-176:03; 195:19-197:06; 196:17-197:13; 197:14-198:02; 271:03-271:10

**Frank Mileham**
**November 15, 2011**

6:11 – 11:7;  12:13 – 17:23;22:16 – 31:2; 32:2 – 42:25; 43:1 – 44:5; 45:5 - 49:5;  49:13- 53:25; 54:20 – 58:18; 59:9 – 63:6; 64:2 – 69:20; 77:22 – 82:9; 91:16 – 99:18; 101:9 – 19; 109:3 – 117:20; 118:3 – 130:4; 133:8 - 136:17; 140:8 – 143:21; 192:24 – 197:20; 198:10      – 204:7; 204:14 - 205:3;206:10 – 209:16; 210:10 - 214:14; 220:7 – 221:24; 221:25 – 222:20; 223:1 – 224:2;  224:21 – 228:12; 228:22 -  230:7; 231:16 – 236:15; 237:16 – 248:4; 250:23 – 251:1; 262:5 – 270:15; 273:14 – 18; 275:7 – 276:1; 275:15 – 25; 279:1 – 280:5;  289:15- 291:13.

**William Molumby**
**August 29, 2011**

9:23 - 15:24; 17:18-27:19; 30:6-34:4; 37:1-46:19;48:8-49:11; 51:8-9; 52:14-56:22; 58:14-60:18; 56:21-63:25;  65:23-66:16; 68:6-71:18; 71:19-77-19; 78:12-79:3; 81:11-83:17; 84:7-84:22; 85:19-86:8; 88:22-91:21; 92:19-93:1; 95:19-97:22;  111:7-11; 115:11-118:11; 120:20-123:23; 128:4-130:17; 131:5-133:17; 134:7-136:17; 138:3-139:13; 141:3-148:18; 148:23-157:25; 158:1-159:14; 159:22-160:11; 161:6-15; 164:21-166:25; 168:16-180:25; 181:17-25; 182:17-187:13; 188:5-192:14; 192:24-193:10; 196:2-201:15; 201:24-202:3; 209:4-212:16; 221: 21-226:4; 229:10-233:18; 235:5-19; 236:6-237:7; 239:8-241:3; 246:8-247:5; 248:9-20; 249:11-14; 256:23-259:9

**Ronald O'Hanlon**
**November 8, 2011**

7:22 – 11:14; 13:11 -  17:9;   17:19 – 18:22; 27:17 – 32:20; 35:12 – 41:22; 44:4 – 48:20; 55:8  - 12; 56:3 – 63:25;  65:3 – 71:15; 72:15 – 77:5; 77:6 – 82:3; 82:6 – 84:21; 86:24 – 95:17;  96:8 – 99:14; 102:5 – 110:4; 120:5 – 121:19; 122:2 – 124:2; 126:13 – 20; 132:6 – 133:21; 135:2 – 22; 137:25 – 138:3; 138:18 – 140:5; 146:4 – 9; 153:17 – 166:10; 167:23 - 169:17; 174:5 – 17; 191:16 – 202:9; 211:21 – 215:21; 216:11 – 217:7;  217:12 -23; 219:4 – 14; 222:7 – 224:2 ; 224:3 – 225:22; 227:11 – 240:17;  241:11- 246:7;  246:8 - 248:21;  248:22-250:23; 253:14 – 19; 265:14 – 266:19; 274:16 – 275:20; 281:2 – 282:1; 301:7 – 308:23; 309:19 – 312:20; 315:18 – 323:10; 325:14 – 327:23; 332:12 – 339:22; 348:17 – 349:7;

**Chris Parker**
**November 11, 2011**

 20:20-23; 21:24-25; 22:1-11; 23:9-20; 24:12-16; 26:15-25; 36:14-24; 49:24-50:1; 52:24-53:4; 86:9-24; 105:1-106:3; 113:24-115:10; 118:9-119:20; 121:6-21; 129:7-22; 129:24-130:11; 132:4-15; 133:2-12; 151:12-153:7; 154:14-158:1; 161:2-15; 172:7-173:5; 188:21-189:7; 283:7-284:25; 258:18-262:6

**Dave Reynolds**
**March 22, 2011**

70:10-70:18; 73:15-74:1; 74:2-74:8; 113:11-114:6; 117:7-117:16; 137:3-137:23; 148:10-149:6; 151:23-153:4; 160:20-161:11; 163:2-163:13; 163:2-163:14; 199:20-200:8; 247:14-248:20; 249:18-250:2; 254:19-255:14; 263:8-263:21; 279:22-280:5; 300:15-301:17; 305:18-305:23; 306:16-306:21; 306:16-306:24; 307:5-307:17; 316:1-317:21

**Dave Reynolds**
**March 23, 2011**

344:18-345:23; 353:15-353:23; 356:7-356:22; 359:22-360:13; 365:19-366:20; 367:14-368:24; 370:12-371:18; 380:16-381:1; 382:23-383:15; 390:23-394:2; 404:14-409:8; 410:3-411:11; 435:8-436:2; 438:11-438:16; 442:16-443:22; 453:3-453:7; 456:7-456:13; 460:9-460:25; 467:11-

467:18; 478:16-480:9; 486:25-487:2; 486:3-486:24; 490:12-492:5; 495:4-498:15; 503:4-504:3; 507:6-507:11; 510:9-510:25; 520:24-521:1; 523:12-523:17; 533:16-533:23; 534:11-534:24; 535:24-536:13; 539:11-541:3; 555:22-556:18; 560:13-560:25; 561:2-561:9; 577:7-577:23; 585:22-586:8; 600:11-602:8; 614:5-615:22; 616:1-616:16; 616:22-617:3; 617:7-618:18; 633:2-633:24; 642:3-643:25

**Dave Reynolds**
**March 24, 2011**

693:6-693:17; 700:20-701:2; 703:15-704:19; 705:1-706:25; 713:4-713:7; 720:10-721:24; 725:12-726:14; 730:13-730:19; 735:13-735:20; 736:2-737:18; 739:4-740:14; 740:24-741:12; 742:3-743:19; 745:20-746:13; 750:15-751:22; 750:20-751:25; 753:12-755:16; 772:13-773:3; 777:23-778:5; 783:24-784:8; 789:18-790:2; 790:9-791:2; 796:17-796:22; 834:25-837:16; 839:12-840:7; 841:3-841:10; 842:24-843:8; 844:11-844:19; 846:4-846:19; 847:3-847:14; 851:17-852:4; 862:6-863:4; 871:3-871:21; 872:5-872:9; 879:2-879:10; 889:11-890:21; 896:14-896:19; 896:20-897:5; 901:8-902:19; 905:24-906:6; 911:21-912:13; 919:5-919:8; 921:8-921:12; 924:20-925:10; 927:16-927:25; 932:6-934:3; 939:1-939:8; 940:16-941:18; 940:3-941:9; 943:25-944:22; 948:14-949:17; 950:23-951:19; 953:15-953:23; 954:21-956:9; 967:9-971:2; 982:9-982:22

**Dave Reynolds**
**November 15, 2011**

1063:18-1066:12; 1064:7-1066:12; 1076:21-1079:08

**Candice Roseberry**
**September 20, 2011**

060:7-60:9; 133:20-134:4; 141:4-141:20; 155:3-155:16; 156:15-157:8; 158:2-158:7; 183:8-184:5; 235:17-236:1; 235:4-236:21; 247:7-249:1; 240:6-241:6; 247:7-247:24; 248:9-249:2; 259:11-260:11; 264:1-264:20; 297:8-298:8; 313:24-315:3; 321:2-322:2

**Gary Rotta**
**November 17, 2011**

12:7-21; 13:4-25; 17:12-25; 18:1-22; 23:8-10; 26:13-25; 27:1-6; 32:23-25; 33:1-36:2; 43:18-25; 44:1-23; 55:19-25; 56:1-60:9; 63:215; 64:9-15; 65:10-21; 67:2-25; 68:1-69:10; 78:5-21; 90:13-93:22; 94:9-96:7; 99:22-25; 100:1-8; 100:21-101:1; 102:20-104:8; 106:6-8; 108:19-25; 109:1-111:3; 147:3-15; 159:10-162:24; 181:2-22; 209:4-7.

**Dieter Schmitt**
**February 14, 2011, February 15;  2011**

076:5-76:25; 078:15-78:23; 086:15-88:1; 090:14-91:17; 093:25-95:16; 114:23-115:3; 147:18-149:6; 151:18-152:25;  155:23-156:15; 162:2-167:22;_170:4-172:25; 174:12-174:18; 177:7-178:9; 179:9-181:15; 182:11-183:24; 184:19-185:7; 188:9-188:17; 189:16-190:18; 191:6-192:6;

13                                    *United States of America v. Sierra Pacific Industries, et al.*
                                      United States District Court, Eastern District of California
                                      Case No. 2:09-cv-02445-KJM-EFB

192:16-193:1; 194:14-205:23; 208:4-211:15; 212:1-212:22; 213:19-216:11; 221:4-222:16; 223:19-224:2; 226:6-226:10; 228:16-229:1; 231:13-231:16; 232:1-232:7; 233:4-233:21; 237:13-240:25; 244:17-245:19; 246:1-246:3; 247:18-248:8; 254:13-256:2; 258:5-258:24; 340:22-342:11; 333:13-334:13; 416:2-417:22; 374:5-375:18; 366:18-368:16; 361:16-362:25; 498:8-498:16; 492:11-493:17; 490:10-491:10; 479:20-480:16; 469:1-470:9; 442.4-442.12

**Nicholas Sitar**
**October 31, 2011**

63:22-66:5; 66:15-69:6; 70:16-70:20; 78:8-82:4; 83:25-85:10; 88:21-90:2; 91:8-91:13; 107:25-110:6; 110:17-111:11; 112:3-112:11; 118:12-119:25; 122:2-125:24; 127:14-127:25; 129:13-129:21; 132:12-132:19; 136:23-139:18; 143:10-144:5; 145:5-147:24; 146:13-147:24; 147:25-148:11; 148:16-148:23; 148:24-149:5; 150:9-151:1; 158:4-158:12; 161:24-162:20; 164:7-164:18; 166:24-167:7; 169:5-169:23; 170:14-171:1; 171:15-171:20; 174:12-174:24; 178:3-178:21; 181:11-181:15; 184:9-184:18; 194:22-195:4; 195:14-196:5; 197:21-198:21; 200:12-200:18; 202:25-203:6; 203:18-205:9; 208:12-209:22; 212:22-213:19; 212:8-212:21; 226:13-227:13; 230:7-230:10; 231:10-231:24; 233:19-234:1; 250:4-250:18; 259:24-260:11; 269:9-271:9; 271:23-272:2; 276:4-276:9; 277:20-278:18; 282:2-282:7; 283:17-283:20; 287:6-287:13; 289:10-289:15; 289:2-289:7; 292:23-293:7; 299:1-299:5; 301:3-301:21; 302:8-306:11; 306:25-307:6; 307:14-307:17; 309:18-310:4; 319:25-320:18; 326:17-327:1; 329:3-329:9; 330:5-330:22; 337:17-338:3; 339:8-339:16; 342:3-342:14; 343:15-344:1; 345:24-349:12; 352:7-353:8; 353:16-354:12; 31:17-31:20

**David Stone**
**March 1, 2012**

7:20-11:9; 16:20 -22; 19:24 -27:21; 31:14-32:2; 32:12-13; 33:8-34:7; 35:21-39:25; 40:16 -47:16; 47:17- 49:2; 49:14-55:8; 56:6-57:8;  57:9 - 59:9; 60:17-24; 61:2-62:13; 64:13-  67:7; 73:12-75:11; 81:16-84:5; 85:12-89:19; 90:5-101:21; 101:24-103:4; 105:5-106:3; 107:3 - 112:6; 110:13-111:25; 114:14 -20; 117:11-125:22; 126: 24-127:17; 128:11 -130:16; 131:7-15; 132:2-13; 133:10 - 139:18; 142:10-150:6; 150:13-156:17; 160:17-171:25; 172:9-173:12; 178:2-180:14; 183:9-23; 184:8-187:2; 190:14-196:2; 198:6-20; 203:4 - 204:10; 206:6-242:6; 242:12-247:15; 248:9 - 250:1; 251:20-252:9; 254:21 - 260:22; 265:2-16; 265:17 -269:2; 273:5 - 275:24;287:23-288:12; 299:22-303:3; 305:17-307:15;308:14-309:11; 317:20-321:18; 323:7 - 13;

**Kent Swartzlander**
**August 24,  2011**

8:7-34:10; 34:16-37:21; 39:13-43:3; 43:14-47:12; 48:1-13: 52:12-55:6;  55:22 -  59:20; 60:2-72:8; 74:3-75:22; 78:8-86:9; 87:19-93:21; 94:7-108:21; 110:5-114:9; 120:15-123:7; 124:16-127:14; 131:3-138:19; 139:6-142:18; 144:9-156:24; 157:4-162:12; 165:18-170:17; 170:21-171:1; 176:24-183:18

**Ryan Tompkins**
**March 6, 2012**

10:17-18:2; 18:10-20:2; 21:25-22:16; 23:13-27:3; 27:12-31:3; 32:1-37:1; 37:20-40:9; 42:16-44:12; 44:24-47:8; 47:9-48:4; 48:6-55:3; 55:4-70:23; 71:15-17; 72:1-76:22; 76:23-84:20; 85:16-92:18; 92:19-106:1; 106:11-114:13; 114:14-115:22; 116:14-122:8; 123:11-136:25; 138:5-155:9; 155:12-173:22; 173:23-176:12; 176:18-180:16; 181:7-185:24; 186:7-207:24; 208:15-209:14; 210:12-248:11; 248:21-256:9; 256:10-263:20; 265:17-287:12; 268:25-289:16; 290:9-20; 201:15-293:8; 293:9-294:10; 295:17-305:2; 305:19-318:6; 318:21-322:1; 322:6-325:16; 325:22-329:5; 329:10-331:6; 331:7-332:23; 333:5-338:18

**Glenn Terry**
**April 8,  2011**

24:13-25:20; 26:16-26:21; 28:12-28:22; 30:4-30:24; 31:12-32:9; 34:10-37:11; 38:13-40:12; 40:22-41:18; 45:17-46:8; 48:21-49:3; 55:10-55:25; 57:4-57:8; 59:2-59:14; 60:22-61:20; 60:7-60:14; 71:3-71:14; 72:4-72:17; 76:5-77:6; 79:6-79:13; 80:1-80:5; 81:25-82:13; 87:20-88:1; 97:20-97:23

**Robert Unsworth**
**November 11, 2011**

9:14-10:8; 12:21-14:13; 16:18-18:12; 24:10-25:7; 26:10-27:5; 27:23-28:1; 29:7-31:5; 31:20-32:1; 34:11-40:7; 40:22-41:21; 42:11-44:6; 45:4-49:9; 52:9-53:17; 54:18-56:2; 56:16-58:19; 59:14-60:16; 61:5-62:10; 63:22-66:16; 67:20-68:16; 72:3-85:20; 93:1-12; 95:16-98:14; 99:6-100:21; 102:17-104:1; 106:1-107:22; 108:21-109:12; 110:15-114:6; 118:10-120:7; 126:5-158:4; 162:13-164:16; 168:5-16; 172:12-178:20; 179:12-185:13; 188:1-21; 193:16-195:7; 200:18-201:19; 209:16-210:7; 214:14-215:1; 219:8-222:4; 227:2-239:11; 244:16-245:3; 269:12-272:6; 289:12-21; 291:13-292:25; 308:12-20; 310:11-311:19; 312:17-314:13.

**Dan Voth**
**May 26, 2010**

19:12-21:11; 26:9-29:18; 34:17-35:1; 36:16-37:13; 39:11-40:7; 41:9-41:19; 50:20-52:15; 55:6-55:20; 57:12-66:2; 68:18-69:24; 71:16-72:19; 77:19-79:1; 97:5-97:17; 99:10-102:2; 103:19-103:24; 104:16-104:25; 106:18-107:1; 109:14-112:4; 116:5-116:11; 121:3-121:18; 127:8-127:18; 151:18-152:7; 159:8-160:4; 164:23-165:6; 165:15-165:19

**Benny Wallace**
**September 29, 2010**

90:11-95:2; 79:18-81:17; 46:21-47:21; 44:13-45:25;  110:18-111:9;  106:17-108:17; 100:6-101:3; 134:1-136:1; 128:12-131:11; 127:9-128:10; 90:23-91:25; 90:25-92:12; 90:25-92:3; 92:11-92:22; 92:12-93:23; 93:12-93:18; 93:19-93:23; 93:19-93:23; 97:24-98:11; 100:6-101:3; 106:17-108:17; 107:08-107:19; 107:20-108:08; 107:14-108:11; 107:24-108:8; 108:9-108:11; 110:18-111:9; 111:4-111:9; 127:09-127:05; 127:9-128:10; 128:12-131:11; 134:1-136:1

15

*United States of America v. Sierra Pacific Industries, et al.*
United States District Court, Eastern District of California
Case No. 2:09-cv-02445-KJM-EFB

**Philip Wang**
**October 10,  2011**

86.01-88.04; 78.01-80.04; 76.25-77.03; 75.22-77.03; 75.22-76.03; 73.09-74.05; 50.12-50.21; 98.24-99.14; 157.12-158.03; 107.15-108.12

**Diane Welton**
**March 21, 2011**

51:15-52:21; 54:2-55:12; 64:6-64:17; 74:11-75:4; 75:5-75:12; 76:14-76:22; 78:4-78:9; 80:12-81:5; 87:4-88:8; 89:4-90:2; 90:18-91:20; 90:3-90:15; 91:22-92:9; 110:21-111:10; 116:8-116:21; 119:2-119:23; 120:6-120:18; 121:14-122:15; 138:8-138:23; 201:22-202:2; 210:16-212:3; 217:8-218:13; 236:10-236:21; 251:4-252:9; 251:9-251:17; 253:22-255:12; 256:13-256:20; 256:21-257:15; 257:10-257:21; 258:16-259:9; 262:14-266:2; 262:19-263:9; 264:15-265:4; 266:16-267:5; 267:14-268:3; 280:12-280:25; 302:3-302:10; 336:20-337:4; 339:1-340:6; 342:16-342:22; 345:9-345:21; 362:5-362:25

**Diane Welton**
**August 15, 2011**

393:15-393:25; 395:25-396:11; 397:23-398:3; 397:8-397:15; 399:22-400:8; 417:3-417:14; 417:3-417:14.; 421:10-422:9; 423:3-423:16; 425:13-432:20; 432:2-432:25; 433:13-434:18; 433:1-433:12; 436:25-438:3; 436:25-438:4; 438:25-440:16; 464:17-466:25; 464:24-466:25; 478:2-478:10; 479:16-480:4; 485:8-485:18; 488:8-489:2; 495:8-497:7; 498:19-499:5; 501:3-501:11; 507:12-507:21; 509:3-509:13; 510:5-512:3; 511:18-512:3; 513:6-513:14; 517:19-518:24; 521:2-521:16; 527:11-529:17; 536:7-536:25; 539:14-540:6; 543:7-543:14; 545:1-546:14; 555:7-555:22; 562:16-563:8; 570:11-570:16; 578:1-578:3; 578:24-579:6; 580:3-580:7; 581:11-582:4; 597:23-598:1; 598:5-598:8; 600:23-601:7; 603:3-604:7; 604:19-605:2; 605:21-606:4; 611:19-612:7; 633:11-634:1; 634:11-634:16; 643:11-643:14; 646:15-646:18; 654:7-654:21; 658:13-659:4; 660:19-661:12; 665:13-665:17; 672:7-672:8; 675:4-675:15; 676:16-676:21; 678:7-678:15; 679:12-679:17; 683:11-683:25

**Stephen Werner**
**October 7, 2011**

13:23-14:7; 19:23-22:24; 26:24-27:10; 29:23-30:6; 38:25-39:17; 39:18-40:18; 42:1-7; 44:14-45:70; 46:22-47:5; 49:17-50:23; 56:13-58:25; 63:17-64:4; 64:18-25; 65:11-66:2; 67:14-68:12; 77:18-78:6; 81:19-82:23; 83:25-84:3; 89:4-11; 95:17-23; 97:4-11; 99:3-13; 100:4-7; 103:22-104:7; 102:8-107:4; 111:7-20; 117:16-118:13; 128:19-129:22; 141:3-12; 142:4-22; 143:10-144:5; 150:5-17; 151:7-152:6; 155:16-24; 157:20-158:6; 160:9-161:6; 166:18-168:14; 169:19-170:12; 173:20-23; 184:7-13; 188:10-189:2; 189:22-190:1; 194:15-21; 201:16-21; 202:4-16; 203:15-22; 208:19-209:13; 212:13-213:5; 222:14-223:16; 229:2-6; 229:7-23; 244:6-18; 259:2-260:24; 264:6-18; 259:2-260:24; 264:6-18; 269:18-270:16; 271:5-273:20; 276:16-277:16; 278:20-279:1; 286:4-25; 288:12-16; 293:7-16; 296:2-12; 301:7-14; 301:24-303:13; 303:14-306:3; 306:18-309:1; 310:3-19; 311:19-312:2; 314:24-315:6; 318:13-24; 322:2-13; 323:12-14;

16                                         *United States of America v. Sierra Pacific Industries, et al.*
                                            United States District Court, Eastern District of California
                                                      Case No. 2:09-cv-02445-KJM-EFB

328:1-7; 328:1-7; 331:1-22; 332:13-333:22; 335:1-23; 336:3-15; 337:18-24; 346:21-348:8;
358:3-6; 359:25-360:7; 371:14-18; 372:8-12; 374:6-16

27:11-23; 39:11-17; 31:4-14; 45:25-46:6; 46:22-47:18; 61:19-25; 63:17-64:4; 65:16-25; 82:9-23;
83:11-18; 84:21-23; 84:7-20; 88:22-89:11; 97:1-19; 98:8-99:13; 102:4-7; 103:2-8; 103:22-104:4;
105:15-25; 121:15-24; 127:20-25; 153:11-155:24; 182:18-183:2; 188:23-189:2; 208:19-209:13;
212:13-213:5; 213:6-11; 222:14-223:16; 224:1-231:9; 212:13-213:5; 229:24-232:17; 244:1-5;
244:19-22; 248:25-249:19; 258:14-259:1; 258:8-13; 259:2-260:24; 279:4-281:9; 287:1-288:11;
301:4-14; 314:6-7; 328:6-8; 371:19-372:2; 374:6-15; 378:1-379:20

**Neil Wheeler**
**November 14, 2011**

41:10-41:16; 56:6-57:6; 63:24-64:7; 114:3-114:9; 146:15-147:22; 154:24-155:2; 163:10-163:15;
163:23-164:2; 165:10-165:25; 169:12-169:19; 169:20-170:14; 174:8-174:23; 175:6-175:9;
175:17-177:7; 178:7-178:10; 179:7-179:12; 179:20-180:18; 199:7-199:12; 199:18-200:23;
202:16-203:19; 205:23-206:10; 207:18-210:16; 230:13-231:15; 241:12-241:21; 248:7-249:4;
250:10-250:14; 248:7-249:4; 250:10-250:14; 251:19-252:20; 256:12-257:20; 259:7-260:24;
265:22-266:6; 267:22-268:4; 269:8-270:2; 272:5-274:3; 275:7-276:5; 277:12-279:12; 280:3-
280:13; 289:14-291:2; 296:18-297:3; 311:12-311:23; 311:24-313:2; 321:4-321:7; 321:8-321:20;
322:22-323:8

**Gary White**
**September 8, 2011**

054:5-55:16; 056:6-56:17; 111:24-112:4; 118:22-119:25; 133:10-135:20; 143:19-144:25;
163:19-166:8; 179:14-181:10; 186:22-187:16; 191:2-191:4; 193:5-193:18; 198:15-199:7;
202:22-203:17; 206:11-207:14; 221:13-222:7; 222:23-223:5; 224:20-225:21; 229:9-231:19;
235:21-236:9; 239:10-240:23; 239:19-240:13; 242:8-243:1; 244:10-245:4; 254:14-255:12;
259:3-260:4; 262:25-263:19; 265:2-266:2; 296:8-297:1; 299:10-300:8

**Josh White**
**November 15, 2010**

19:4-19:11; 104:8-105:5; 311:11-314:4; 315:1-315:13; 318:15-319:12

**Josh White**
**November 16, 2010**

534:1-534:18; 538:7-539:13; 590:24-592:16; 592:23-593:11; 597:13-600:17; 604:22-606:5;
608:8-608:17

17

**Josh White**
**November 17, 2010**

656:20-657:7; 667:4-667:7; 676:5-676:10; 705:1-706:13; 708:10-708:18; 722:14-723:16; 728:7-729:21; 730:20-730:25; 736:19-736:24; 738:13-739:24; 753:11-753:22; 755:22-758:11; 771:14-772:1; 773:21-774:3; 773:7-773:13; 773:7-773:13; 774:12-778:7; 776:22-778:7; 779:17-779:23; 781:4-782:18; 788:25-789:18; 789:14-789:19; 793:14-794:23; 794:6-795:7; 800:7-808:17; 808:18-809:4; 811:19-812:4; 813:2-814:8; 826:11-826:18; 826:1-827:18; 827:3-827:18; 832:12-833:15; 833:22-834:9; 834:23-836:2; 840:24-841:8; 840:4-840:11; 845:7-846:20; 870:23-871:3

**Josh White**
**November 18, 2010**

948:18-948:25; 955:23-956:14; 957:19-958:20; 962:10-962:16; 966:14-966:22; 975:17-976:6; 975:5-975:16; 979:7-979:16; 981:5-982:19; 983:19-983:24; 989:6-989:23; 1008:23-1009:14; 1053:17-1053:21; 1057:19-1058:7; 1063:4-1063:24; 1066:23-1067:6; 1066:3-1066:13; 1075:20-1077:3; 1086:8-1086:16; 1091:21-1092:19; 1094:6-1094:20; 1104:25-1106:11; 1111:24-1112:5; 1114:24-1116:24; 1119:7-1120:22; 1130:16-1131:5; 1131:12-1134:1; 1158:5-1158:21; 1159:16-1160:14; 1185:24-1186:5; 1187:1-1187:12; 1190:23-1191:9; 1192:5-1193:2; 1193:7-1193:12; 1195:6-1196:3; 1200:1-1200:20; 1207:1-1209:24

**Josh White**
**November 19, 2010**

1381:6-1384:7; 1455:24-1457:18

**Joshua White**
**February 7, 2011**

1705:2-1705:15; 1707:10-1707:24; 1719:18-1720:11; 1728:22-1729:16; 1730:15-1730:22; 1731:2-1732:11; 1740:5-1740:18; 1755:23-1758:5; 1769:15-1769:21; 1791:10-1792:12; 1807:22-1808:6; 1825:23-1826:6; 1844:9-1844:13; 1846:5-1846:16; 1860:1-1860:19; 1861:25-1862:20; 1864:7-1864:11; 1866:12-1866:23; 1869:16-1869:22; 1872:2-1872:11; 1881:11-1881:16; 1886:17-1887:7; 1907:16-1911:10; 1908:9-1909:12; 1910:10-1910:15; 1929:6-1929:14; 1952:11-1952:22; 1954:23-1955:9; 1965:10-1965:19; 1967:23-1968:14; 1970:18-1971:9; 1981:6-1981:14; 1989:17-1990:1; 1992:1-1992:7

**Joshua White**
**February 8, 2011**

2037:25-2038:19; 2044:24-2045:9; 2045:10-2045:20; 2049:2-2049:11; 2050:4-2050:13; 2065:9-2066:8; 2070:11-2070:21; 2076:1-2076:11; 2081:8-2081:19; 2111:17-2112:5; 2141:12-2142:14; 2142:23-2143:7; 2150:2-2151:9; 2151:23-2153:3; 2155:3-2155:15; 2156:5-2158:2; 2158:3-2160:17; 2161:6-2161:25; 2162:10-2162:21; 2165:3-2165:11; 2194:8-2194:13; 2275:4-2275:12

**Joshua White**
**February 9, 2011**

2299:21-2300:4; 2306:20-2307:10; 2307:11-2308:13; 2340:14-2341:8; 2377:22-2378:15;
2379:8-2380:2; 2386:1-2386:12; 2390:5-2391:2; 2398:18-2399:18; 2402:14-2403:5; 2403:22-
2403:25; 2409:18-2409:23; 2418:12-2419:5; 2419:14-2420:20; 2428:7-2428:21; 2438:11-
2438:14; 2445:9-2445:17; 2448:18-2448:20; 2450:4-2450:19; 2458:2-2458:10; 2463:18-2464:2;
2467:6-2467:23; 2493:23-2494:13; 2505:3-2505:10; 2508:6-2508:8; 2511:13-2511:21; 2512:22-
2513:23; 2516:8-2516:17; 2523:11-2524:4; 2525:8-2525:17; 2530:7-2530:16

**Joshua White**
**March 7, 2011**

45:10-245:23; 53:18-54:4; 54:24-55:8; 56:22-57:9; 57:14-61:1; 62:3-62:11; 64:25-65:4; 78:6-12;
80:23-81:7; 94:2-94:7; 95:8-95:20; 96:19-96:23; 96:21-297:9; 109:9-110:2; 117:11-117:16;
118:17-119:9; 137:20-138:4; 138:18-139:2; 153:17-154:9; 178:7-178:10; 181:12-181:23; 187:5-
187:11; 191:1-191:8; 195:2-196:2; 199:14-201:2; 201:16-201:23; 204:9-204:25; 219:10-221:11;
224:11-225:3; 225:4-226:1; 226:18-227:3; 237:6-237:13; 240:1-240:22; 241:20-241:20; 247:18-
248:2; 248:3-249:18; 256:18-257:1; 263:25-264:15; 270:5-271:10; 271:21-272:2; 275:7-275:18;
277:1-277:3; 289:14-290:13; 292:16-293:9; 299:3-300:9; 308:15-308:22; 322:10-322:15;
318:15-319:12;  323:11-323:21; 324:5-324:10

**Joshua White**
**March 8, 2011**

339:14-339:25; 349:1-350:9; 351:8-351:16; 352:17-352:21; 352:8-352:16; 353:12-353:16;
354:1-354:11; 354:17-355:1; 357:24-359:6; 369:25-370:8; 373:13-375:5; 376:9-377:7; 382:25-
384:1; 392:21-393:5; 393:6-394:2; 395:12-395:18; 396:9-397:3; 398:14-399:2; 401:3-401:8;
401:9-403:13; 404:3-408:15; 409:24-410:21; 411:1-411:16; 414:18-415:7; 417:13-417:20;
419:16-419:23; 419:24-420:12; 419:4-419:15; 424:16-427:14; 430:19-433:10; 434:6-435:8;
445:15-446:3; 449:1-450:7; 450:8-450:24; 454:9-455:7; 455:13-455:17; 456:11-456:15; 456:4-
456:10; 458:7-458:10; 460:16-460:17; 462:9-462:21; 464:12-465:5; 465:6-469:17; 469:10-
469:17; 469:23-470:16; 474:20-475:21; 475:22-476:9; 476:14-476:23; 478:16-479:11; 479:12-
480:15; 480:24-482:3; 483:2-483:15; 484:9-484:20; 485:10-486:25; 493:22-494:5; 494:10-
495:1; 507:2-507:9; 508:16-509:16; 511:17-512:3; 512:4-512:18; 524:13-9; 525:15-525:20;
526:12-526:22; 526:23-527:7; 528:4-528:19; 529:2-530:6; 534:2-534:16; 539:22-540:16;
544:10-545:15; 546:8-546:15; 548:7-548:12; 553:25-554:19; 555:20-556:7; 556:8-556:19;
557:4-557:8; 563-7 to 563-13; 569:11-569:19; 583:3-583:13; 587:17-588:2; 593:18-594:12;
597:16-597:21; 599:1-599:18; 601:13-602:4; 602:14-602:16; 603:1-603:5; 604:19-604:24;
606:19-606:25; 606:6-606:11; 607:7-607:16; 614:10-614:23; 617:5-620:2; 622:7-622:13;
629:13-630:6; 640:18-640:25; 642:5-642:15; 645:5-648:5

**Joshua White**
**March 9, 2011**

603:1-603:5; 616:20-618:11; 667:15-667:24; 669:23-670:6; 671:14-671:21; 673:7-673:15; 677:5-677:17; 678:18-679:14; 681:4-684:22; 686:7-688:1; 688:4-688:18; 707:18-708:2; 712:5-713:14; 719:14-720:2

**Leo Whitlock**
**October 1, 2010, May 23, 2011**

185:06-188:8; 189:5-195:5; 191:20-195:13; 353:1-353:4

**Debra Whitman**
**March 6, 2012**

19:3-7; 22:1-12; 27:5-21; 32:10-33:24; 34:11-35:2; 40:22-45:1; 46:10-52:19; 53:2-57:23; 63:1-64:20; 65:22-25; 66:1-67:6; 67:13-69:15; 83:1-87:4; 89:18-93:22; 96:10-22; 99:10-100:4; 102:24-114:16; 128:20-130:25; 132:4-16; 135:18-136:8; 139:8-140:20; 144:25-150:11; 155:14-20; 163:24-170:11; 170:20-174:6.

**David Woolley**
**October 21, 2011**

38:8-48:10; 247:23-266:1; 254.14-254.22; 252.15-252.24; 250.17-250.24; 299:4-303:2

**Donald Yasuda**
**November 21, 2011**

9:24-12:6; 12:22-21:9; 21:23-32:30:25; 32:2-48:1; 48:12-53:6; 54:23-58:18; 58:23-68:2; 69:20-73:22; 75:16-86:13; 86:23-116:10; 117:7; 120:5-128:3; 128:16-132:1; 133:6-156:5; 156:6-161:7; 161:18-166:2; 167:25-199:20; 200:5-230:24; 231:13-270:24; 271:14-275:4; 277:12-282:8; 282:12-291:25