IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CIV S-09-2445 KJM-EFB |
|   vs. | |
| SIERRA PACIFIC INDUSTRIES; et al., | |
|     Defendants. | |
| _____/ | |
| SIERRA PACIFIC INDUSTRIES, | |
|     Plaintiff, | No. CIV S-11-0346 MCE-JFM |
|   vs. | |
| AMERICAN STATES INSURANCE CO., | |
|     Defendant. | |
| _____/ | |
| AMERICAN STATES INSURANCE CO., | |
|     Plaintiff, | No. CIV S-12-1489 JAM-DAD |
|   vs. | |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | |
|     Defendant. | RELATED CASE ORDER |
| _____/ | |

1

1  Examination of the above-captioned actions reveals that they are not related
2  within the meaning of Local Rule 123(a).  Here, although the actions numbered 11-0346 and 12-
3  1489 stem from the same event as the action numbered 09-2445, the three actions are not based
4  on a similar claim, nor do they involve similar questions of fact or law such that "their
5  assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of
6  judicial effort."  Local Rule 123(a)(1)-(3).  Moreover, 11-0346 and 12-1489 would not "entail
7  substantial duplication of labor" if these actions are heard by different judges from 09-2445.
8  Accordingly, the assignment of these matters to the same judge will not effect a substantial
9  savings of judicial effort or be convenient for the parties.

10  As a result, these three cases shall not be related.  The undersigned expresses no
11  opinion regarding the relation of 11-0346 and 12-1489 to each other.

12  IT IS SO ORDERED.

13  DATED: July 6, 2012.

UNITED STATES DISTRICT JUDGE

2