IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                      2:09-cv-2445 KJM EFB (GGH)

  v.

SIERRA PACIFIC INDUSTRIES, et al.,

      Defendants.              <u>ORDER</u>
_____/

        On July 11, 2012, the transcript of the further settlement conference proceedings held on July 5, 2012 was filed in the record. (Dkt. No. 582.) Although a settlement of the principal terms was reached on the record at the settlement conference, the settlement is expressly contingent on final approval by the Associate Attorney General. Also, there were details surrounding the principal terms which needed to be finalized. Therefore, the parties were directed to obtain a signed, written settlement agreement by July 11, 2012 [or its disapproval]. (Dkt. No. 577.) However, the United States recently requested a seven-day extension until July 18, 2012 to obtain that approval in Washington D.C., and apparently, to finalize the myriad details surrounding the settlement itself. (Dkt. No. 581.)

        In light of the above, the court finds good cause to seal the transcript of the settlement conference proceedings recording the principal terms of settlement until execution of the final settlement agreement by all parties.

        Accordingly, IT IS HEREBY ORDERED THAT the transcript of the settlement

1

1  proceedings in this matter (dkt. no. 582) is SEALED until execution of the final, written
2  settlement agreement by all parties.
3  DATED: July 11, 2012

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

8  GGH/wvr
   SierraPacific.2445.seal.wpd