DOWNEY BRAND LLP
WILLIAM R. WARNE (SBN 141280)
MICHAEL J. THOMAS (SBN 172326)
ANNIE S. AMARAL (SBN 238189)
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
aamaral@downeybrand.com
mbaker@downeybrand.com

BRACEWELL & GIULIANI LLP
RICHARD W. BECKLER
D.C. Bar No. 262246
(*Pro Hac Vice Application Pending*)
JENNIFER T. LIAS
Virginia Bar No. 85608
(*Pro Hac Vice Application Pending*)
2000 K Street NW, Suite 500
Washington, DC 20006-1809
Telephone: (202) 828-5874
Facsimile: (800) 404-3970
richard.beckler@bgllp.com
jennifer.lias@bgllp.com

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

MATHENY SEARS LINKERT & JAIME, LLP
RICHARD S. LINKERT (SBN 88756)
JULIA M. REEVES (SBN 241198)
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys For Defendants W.M. BEATY &
ASSOCIATES, INC. AND ANN MCKEEVER
HATCH, as Trustee of the Hatch 1987 Revocable
Trust, et al.

RUSHFORD & BONOTTO, LLP
PHILLIP R. BONOTTO (SBN 109257)
DEREK VANDEVIVER (SBN 227902)
1010 Hurley Way, Suite 410
Sacramento, CA 95825
Telephone: (916) 565-0590

Attorneys for Defendant, EUNICE E. HOWELL,
INDIVIDUALLY and d/b/a HOWELL'S FOREST
HARVESTING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.,<br><br>Defendant.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 2:09-CV-02445-KJM-EFB<br><br>**DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS IN CONNECTION WITH RULE 60(d)(3) MOTION TO SET ASIDE A JUDGMENT FOR FRAUD ON THE COURT**<br><br>Date:     November 21, 2014<br>Time:     10:00 a.m.<br>Dept:      Courtroom 3, 15th floor<br>Judge:    Hon. Kimberly J. Mueller |

1385817.2

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 21, 2014, at 10:00 a.m., or as soon thereafter as this Court may order, in Courtroom 3, 15th floor of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California 95814, before the Honorable Kimberly J. Mueller, United States District Judge, Defendants Sierra Pacific Industries ("Sierra Pacific"), W.M. Beaty & Associates, Inc.; Ann McKeever Hatch, as Trustee of the Hatch 1987 Revocable Trust; Leslie Walker, individually and as Trustee of the Brooks Thomas Walker Trust, the Susie Kate Walker Trust, and the Della Grace Walker Trusts; Brooks Walker, III, individually and as Trustee of the Clayton Brooks Danielson, the Myles Walker Danielson, and the Benjamin Walker Burlock Trust, and the Margaret Charlotte Burlock Trust; Wellington Smith Henderson, Jr., as Trustee of the Henderson Revocable Trust; John C. Walker, individually and as Trustee of the Della Walker Van Loben Sels Trust for the issue of John Walker; Jennifer Walker, individually and as Trustee of the Emma Walker Silverman Trust and the Max Walker Silverman Trust; Lindsey Walker, individually and as Trustee of the Reilly Hudson Keenan and Madison Flanders Keenan Trust, aka Lindsey Walker-Silverman; Eunice E. Howell, individually and doing business as Howell's Forest Harvesting Company; Charles C. Henderson, as Trustee of the Charles C. and Kristen Henderson Revocable Trust; James A. Henderson; Joan H. Henderson; Kirby Walker; Brooks Walker, Jr., as Trustee of the Brooks Walker, Jr. Revocable Trust and the Della Walker Van Loben Sels Trust for the Issue of Brooks Walker, Jr.; Richard L. Greene, as Trustee of the Hatch Irrevocable Trust; Mark W. Henderson, as Trustee of the Mark W. Henderson Revocable Trust; and Elena D. Henderson (collectively, "Defendants") will, and hereby do, move for a Request to Seal Documents Submitted in Connection With Defendants' Rule 60(d) Motion to Set Aside a Judgment for Fraud On the Court. This motion is made pursuant to the Eastern District of California Local Rules and the Court's February 14, 2012 Order regarding the Protective Order previously stipulated to and filed in this case.

Defendants seek to seal the following documents: (1) excerpts from the deposition of Larry Craggs, taken on April 7, 2011 (Ex. 96 to the Declaration of William R. Warne ("Warne Decl.")); (2) excerpts from the deposition of Ron Heinbockel, taken on May 16, 2011 (Ex. 98 to

Warne Decl.); (3) a video montage of testimony concerning the events taking place at the Red Rock Lookout, created by Defendants (Ex. 95 to Warne Decl.); (4) the Document of Notes created by Karen Juska about the Moonlight Fire, which were marked Exhibit F-148 at Juska's January 26, 2011 deposition (Ex. 86 to Warne Decl.); (5) the Statement of Facts by Karen Juska detailing her visit to Red Rock Lookout on September 3, 2007, which was marked at Exhibit F-151 at her January 26, 2011, deposition (Ex. 87 to Warne Decl.); (6) the Statement of Facts by Karen Juska detailing her visit to Red Rock Lookout on September 3, 2007, which was marked at Exhibit F-152 at her January 26, 2011, deposition (Ex. 88 to Warne Decl.); (7) the email from Ron Heinbockel to David E. Loomis dated September 21, 2007, with the subject line "Red Rock Lookout/ Termination," which was marked as Exhibit F-150 at Karen Juska's January 26, 2011, deposition (Ex. 89 to Warne Decl.); (8) the "Fact Finding Interview" of Ron Heinbockel, dated August 14, 2009 (Ex. 90 to Warne Decl.); (9) excerpts from the deposition of Ryan Bauer, taken on December 7, 2010 (Ex. 76 to Warne Decl.); and (10) an unredacted version of Defendants' Memorandum of Points and Authorities in support of their Rule 60(d)(3) Motion to Set Aside a Judgment for Fraud on the Court.

This Request to Seal is brought on the grounds that the documents to be sealed have been designated as "Confidential" by the United States under the terms of the Protective Order or, alternatively, contain third-party information protected by constitutional and statutory rights to privacy. Defendants' Request to Seal is based on this Notice of Request to Seal; Request to Seal, including the points and authorities contained therein; Proposed Order; all previous filings and records in this action or matters of which the Court may take judicial notice; and such other matters as may be presented to the Court at the time of hearing.

The Request to Seal, Proposed Order, and documents to be sealed will be emailed to the Court and served on all other parties pursuant to Local Rule 141.

///
///
///
///

| | |
|---|---|
| DATED: October 9, 2014 | DOWNEY BRAND LLP |
| | By: /s/ William R. Warne |
| | WILLIAM R. WARNE |
| | Attorneys for Defendant/Cross-Defendant |
| | SIERRA PACIFIC INDUSTRIES |
| DATED: October 9, 2014 | MATHENY SEARS LINKERT & JAIME |
| | By: /s/ Richard Linkert (as auth'd on 10/8/14) |
| | RICHARD LINKERT |
| | Attorneys For Defendants W.M. BEATY & ASSOCIATES, INC. AND ANN MCKEEVER HATCH, as Trustee of the Hatch 1987 Revocable Trust, et al. |
| DATED: October 9, 2014 | RUSHFORD & BONOTTO, LLP |
| | By: /s/ Phillip Bonotto (as auth'd on 10/8/14) |
| | PHILLIP BONOTTO |
| | Attorneys for Defendant, EUNICE E. HOWELL, INDIVIDUALLY and d/b/a HOWELL'S FOREST HARVESTING |