| | |
|---|---|
| DOWNEY BRAND LLP<br>WILLIAM R. WARNE (SBN 141280)<br>MICHAEL J. THOMAS (SBN 172326)<br>ANNIE S. AMARAL (SBN 238189)<br>MEGHAN M. BAKER (SBN 243765)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4731<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100<br>bwarne@downeybrand.com<br>mthomas@downeybrand.com<br>aamaral@downeybrand.com<br>mbaker@downeybrand.com | MATHENY SEARS LINKERT & JAIME, LLP<br>RICHARD S. LINKERT (SBN 88756)<br>JULIA M. REEVES (SBN 241198)<br>3638 American River Drive<br>Sacramento, CA 95864<br>Telephone: (916) 978-3434<br>Facsimile: (916) 978-3430<br><br>Attorneys For Defendants W.M. BEATY & ASSOCIATES, INC. AND ANN MCKEEVER HATCH, as Trustee of the Hatch 1987 Revocable Trust, et al. |
| BRACEWELL & GIULIANI LLP<br>RICHARD W. BECKLER<br>D.C. Bar No. 262246<br>(*Pro Hac Vice Application Pending*)<br>JENNIFER T. LIAS<br>Virginia Bar No. 85608<br>(*Pro Hac Vice Application Pending*)<br>2000 K Street NW, Suite 500<br>Washington, DC 20006-1809<br>Telephone: (202) 828-5874<br>Facsimile: (800) 404-3970<br>richard.beckler@bgllp.com<br>jennifer.lias@bgllp.com | RUSHFORD & BONOTTO, LLP<br>PHILLIP R. BONOTTO (SBN 109257)<br>DEREK VANDEVIVER (SBN 227902)<br>1010 Hurley Way, Suite 410<br>Sacramento, CA 95825<br>Telephone: (916) 565-0590<br><br>Attorneys for Defendant, EUNICE E. HOWELL, INDIVIDUALLY and d/b/a HOWELL'S FOREST HARVESTING |
| Attorneys for Defendant/Cross-Defendant<br>SIERRA PACIFIC INDUSTRIES | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.,<br><br>    Defendant.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 2:09-CV-02445-KJM-EFB<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RULE 60(d)(3) MOTION TO SET ASIDE A JUDGMENT FOR FRAUD UPON THE COURT**<br><br>Date:    November 21, 2014<br>Time:    10:00 a.m.<br>Dept:    Courtroom 3, 15th floor<br>Judge:   Hon. Kimberly J. Mueller |

1383785.3

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RULE 60(d)(3) MOTION

   Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants, through their attorneys of record, hereby request that this Court take judicial notice of the following documents in support of their Rule 60(d) Motion:

   1. Complaint for Fire Suppression, Investigation, Auditing, and Litigation Fees and Costs, filed by the California Department of Forestry and Fire Protection ("Cal Fire") on August 6, 2009, Superior Court of California Plumas County Case No. CV09-00205 ("State Actions"). A true and correct copy of Cal Fire's Complaint is submitted concurrently herewith as **Exhibit 1** to the Declaration of William R. Warne ("Warne Declaration").

   2. Complaint filed by the United States against Sierra Pacific Industries, *et. al.* on August 31, 2009, in the instant matter, United States District Court, Eastern District of California Case No. 2:09-cv-02445-JAM-EFB ("Federal Action"). A true and correct copy of the United States' Complaint is submitted concurrently herewith as **Exhibit 2** to the Warne Declaration.

   3. The United States of America's Initial Disclosures (Fed. R. Civ. Proc. 26(a)(1)) filed on April 15, 2010, in the Federal Action. A true and correct copy of the United States' Initial Disclosures is submitted concurrently herewith as **Exhibit 3** to the Warne Declaration.

   4. The United States of America's Supplemental Initial Disclosures (Fed. R. Civ. Proc. 26(a)(1)) filed on October 21, 2011, in the Federal Action. A true and correct copy of the United States' Supplemental Initial Disclosures is submitted concurrently herewith as **Exhibit 4** to the Warne Declaration.

   5. The Declaration of Richard M. Elias filed in the Federal Action on March 31, 2011 in support the United States' Opposition to Defendants' March 24, 2011, Motion to Compel Production of Documents and Answers to Deposition Questions. A true and correct copy of Mr. Elias's March 31, 2011, Declaration is submitted concurrently herewith as **Exhibit 5** to the Warne Declaration.

   6. The United States' Memorandum of Points and Authorities filed in the Federal Action on March 31, 2011, in opposition to Defendants' March 24, 2011, Motion to Compel Production of Documents and Answers to Deposition Questions. A true and correct copy of the United States' Opposition is submitted concurrently herewith as **Exhibit 7** to the Warne

1383785.3

1

Declaration.

7.  An Order issued in the Federal Action by the Honorable Edmund F. Brennan, United States Magistrate Judge, on May 26, 2011, granting Defendants' March 24, 2011, Motion to Compel Production of Documents and Answers to Deposition Questions. A true and correct copy of Judge Brennan's Order is submitted concurrently herewith as **Exhibit 8** to the Warne Declaration.

8.  An Order issued in the Federal Action by the Honorable Edmund F. Brennan, United States Magistrate Judge, on November 8, 2011, granting and denying in part Cal Fire and the California Attorney General's Office's Motion for a Protective Order and to Quash Sierra Pacific Industries' subpoena to the California Attorney General. A copy of Judge Brennan's Order is submitted concurrently herewith as **Exhibit 9** to the Warne Declaration.

9.  The United States' Statement of Undisputed Facts filed on March 28, 2012, in the Federal Action in opposition to Defendants Sierra Pacific's and Howell's Motion for Summary Judgment. A true and correct copy of the United States' Statement of Undisputed Facts is submitted concurrently herewith as **Exhibit 11** to the Warne Declaration.

10. The Declaration of Joshua White filed on March 28, 2012, in the Federal Action in support of the United States' Opposition to Defendants Sierra Pacific's and Howell's Motion for Summary Judgment. A true and correct copy of Mr. White's Declaration is submitted concurrently herewith as **Exhibit 12** to the Warne Declaration.

11. An Order issued in the Federal Action by the Honorable Kimberly J. Mueller, United States District Court Judge, on May 31, 2012, regarding Defendants Sierra Pacific's and Howell's Motion for Summary Judgment. A true and correct copy of the Court's May 31, 2012, Order is submitted concurrently herewith as **Exhibit 13** to the Warne Declaration.

12. The United States' Obmibus Motion in Limine, filed on May 31, 2012, in the Federal Action. A true and correct copy of the United States' Omnibus Motion in Limine is submitted concurrently herewith as **Exhibit 14** to the Warne Declaration.

13. The United States' Opposition to Defendants' Motion in Limine, filed on June 14, 2012, in the Federal Action. A true and correct copy of the United States' Opposition is

1  submitted concurrently herewith as **Exhibit 15** to the Warne Declaration.

2        14.    The United States' Trial Brief, filed on June 25, 2012, in the Federal Action. A true and correct copy of the United States' Trial Brief is submitted concurrently herewith as **Exhibit 16** to the Warne Declaration.

      15.    The United States' Amended Exhibit List, filed on July 2, 2012, in the Federal Action. A true and correct copy of the United States' Exhibit List is submitted concurrently herewith as **Exhibit 17** to the Warne Declaration.

      16.    The United States' Amended Witness List, filed on July 2, 2012, in the Federal Action. A true and correct copy of the United States' Witness List is submitted concurrently herewith as **Exhibit 18** to the Warne Declaration.

      17.    An Order issued in the Federal Action by the Honorable Kimberly J. Mueller, United States District Court Judge, on July 2, 2012, regarding the parties' motions in limine. A true and correct copy of the Court's Order is submitted concurrently herewith as **Exhibit 19** to the Warne Declaration.

      18.    The Settlement Agreement and Stipulation; Mutual Releases; Dismissal; and Order, filed on July 17, 2012, in the Federal Action. A true and correct copy of the parties' Settlement Agreement and Order is submitted concurrently herewith as **Exhibit 20** to the Warne Declaration.

      19.    The Order issued in the State Actions on July 26, 2013, by the Honorable Leslie C. Nichols entitled "Order Regarding Plaintiffs' Failure to Establish Prima Facie Case." A true and correct copy of the Court's Order is submitted concurrently herewith as **Exhibit 23** to the Warne Declaration.

      20.    The 26-page Order issued in the State Actions on February 4, 2014, by the Honorable Leslie C. Nichols entitled "Orders On Motions to Tax Costs and For Attorney Fees, Expenses, and Sanctions, and Motions Re Privilege." A true and correct copy of the Court's 26-page Order is submitted concurrently herewith as **Exhibit 24** to the Warne Declaration.

      21.    The 58-page Order issued in the State Actions on February 4, 2014, by the Honorable Leslie C. Nichols entitled "Order Granting Sierra Pacific's Motion for Fees, Expenses,

and Monetary and Terminating Sanctions." A true and correct copy of the Court's 58-page Order is submitted concurrently herewith as **Exhibit 25** to the Warne Declaration.

22. The Order issued in the State Actions on February 17, 2014, Nunc Pro Tunch February 4, 2014, by the Honorable Leslie C. Nichols entitled "Order Modifying February 4, 2014, Order on Motions to Tax Costs and for Attorney Fees, Expenses, and Sanctions, and Motions RE Privilege [26 Pages], February 17, 2014." A true and correct copy of the Court's Order is submitted concurrently herewith as **Exhibit 26** to the Warne Declaration.

23. Declaration of Joshua White filed in the Federal Action on August 24, 2011, in support of California Attorney General and Cal Fire's Motion to Quash Subpoena and for Protective Order. A true and correct copy of Mr. White's Declaration is submitted concurrently herewith as **Exhibit 43** to the Warne Declaration.

24. An Order issued in the Federal Action by the Honorable Kimberly J. Mueller, United States District Court Judge, on May 9, 2011, regarding Sierra Pacific's Motion for Reconsideration. A true and correct copy of the Court's Order is submitted concurrently herewith as **Exhibit 99** to the Warne Declaration.

25. An audit published by the California State Auditor on October 15, 2013, entitled: "Accounts Outside the State's Centralized Treasury System." A true and correct copy of the State Auditor's Report is submitted concurrently herewith as **Exhibit 149** to the Warne Declaration.

26. The January 31, 3012, letter from Assembly Republican Leader Connie Conway and Senate Republican Leader Bob Huff to Kamala Harris, a true and correct copy of which is submitted concurrently herewith as **Exhibit 158** to the Warne Declaration.

27. The May 3, 2013, letter from Kamala Harris to Assembly Republican Leader Connie Conway and Senate Republican Leader Bob Huff, a true and correct copy of which is submitted concurrently herewith as **Exhibit 159** to the Warne Declaration.

28. The January 30, 2013, letter from Senator Ted Gaines to Kamala Harris, a true and correct copy of which is submitted concurrently herewith as **Exhibit 160** to the Warne Declaration.

29. The July 9, 2013, Memorandum from George Lolas, Chief Division of Accounting and Reporting, State Controller's Office, regarding report of accounts outside the state treasury, a true and correct copy of which is submitted concurrently herewith as **Exhibit 161** to the Warne Declaration.

30. The bill history for SB 1074 regarding state funds, a true and correct copy of which is submitted concurrently herewith as **Exhibit 162** to the Warne Declaration.

31. The bill history for SB 1075 regarding Cal Fire civil cost recovery, a true and correct copy of which is submitted concurrently herewith as **Exhibit 163** to the Warne Declaration.

32. Defendant Sierra Pacific Industries' Motion for Reconsideration, filed on February 8, 2011, in the Federal Action. A true and correct copy of Sierra Pacific Industries' Motion for Reconsideration is submitted concurrently herewith as **Exhibit 178** to the Warne Declaration.

33. An Order issued in the Federal Action by the Honorable Kimberly J. Mueller, United States District Court Judge, on June 4, 2012, regarding the United States' Motion for Partial Summary Judgment on Affirmative Defenses. A true and correct copy of the Court's June 4, 2012, Order is submitted concurrently herewith as **Exhibit 179** to the Warne Declaration.

The Court may take judicial notice of the foregoing documents pursuant to Federal Rule of Evidence 201. The Court may take judicial notice of documents that are "not subject to reasonable dispute because" they are capable of accurate and ready determination by resort to "sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Under this rule, the Court may properly take judicial notice of matters of public record. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001). Furthermore, a court may also take judicial notice of court filings in other cases, including state court cases. *See, e.g., Burbank-Glensale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of court filings in a state court case where the same plaintiff asserted similar and related claims); *Hott v. City of San Jose*, 92 F. Supp. 2d 996, 998 (N.D. Cal. 2000) (taking judicial notice of relevant memoranda and orders filing in state court cases).

This Court has authority to take judicial notice of these orders, issued by Judge Nichols in

1  Plumas County Superior Court, because they are matters of public record and because they are
2  "not subject to reasonable dispute" in that they are capable of accurate and ready determination
3  "from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

4      Therefore, Defendants respectfully request that the Court grant their request for judicial
5  notice as contained herein.

DATED:  October 9, 2014        DOWNEY BRAND LLP

By: ___/s/ William R. Warne___
WILLIAM R. WARNE
Attorney for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

DATED: October 9, 2014        MATHENY SEARS LINKERT & JAIME

By: ___/s/ Richard Linkert as auth'd on 10/8/14___
RICHARD LINKERT
Attorneys For Defendants W.M. BEATY &
ASSOCIATES, INC. AND ANN MCKEEVER
HATCH, as Trustee of the Hatch 1987 Revocable
Trust, et al.

DATED:  October 9, 2014        RUSHFORD & BONOTTO, LLP

By: ___/s/ Phillip Bonotto (as authorized on 10/8/14___
PHILLIP BONOTTO
Attorneys for Defendant, EUNICE E. HOWELL,
INDIVIDUALLY and d/b/a HOWELL'S
FOREST HARVESTING

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RULE 60(d)(3) MOTION