UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.,<br><br>Defendants. | No. 2:09-cv-02445-KJM-EFB<br><br><br><br>**ORDER** |

Pursuant to the policy set forth in the attached Exhibit A, the Ninth Circuit will not assign a case to a judge outside of the Eastern District of California unless it receives both (1) an order recusing the judge originally assigned to the case and (2) a certification from the chief judge of the district court to the effect that each and every judge, active and senior, has been offered the case and refused to take it.

In accordance with that policy, the Order of Recusal (ECF No. 603) is VACATED *nunc pro tunc* as of October 15, 2014.

IT IS SO ORDERED.

Dated: October 23, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

**EXHIBIT A**

# Procedures for the Appointment of Outside Judges

Chief Judge Kozinski (App Chief Judge)  to: All District and Bankruptcy Judges  10/21/2014 04:06 PM

Bcc: Morrison England

From: Chief Judge Kozinski/CA09/09/USCOURTS(App Chief Judge)
To: All District and Bankruptcy Judges
Bcc: Morrison England/CAED/09/USCOURTS

On occasion it may be necessary to appoint a judge from outside of a district or out of the circuit to hear a case. There has been some misunderstanding as to how this process operates, so I am writing to clarify the circuit's policy on such appointments.

Once a case is assigned to a judge (circuit, district or bankruptcy), the case remains assigned to that judge until that judge enters an order of recusal, or, in courts where recusal motions are heard by another judge, a recusal order is entered by the judge assigned to rule on the recusal motion.

If the judge assigned to the case is recused in this fashion, it is the responsibility of the court where the case is pending to determine whether there is any other judge on that court willing and able to hear the case. Only if every single judge on the court, both active and senior, has refused to accept the case will we consider assigning a judge from another court. Normally, we will assign a judge from a court within the circuit but in extraordinary circumstances, such as when every eligible judge in the circuit refuses to take a case, we may ask the Chief Justice to assign a judge from outside the circuit.

In sum, we will not assign a case to a judge outside of the court where the case is pending unless we receive: (1) an order recusing the judge originally assigned to the case; and (2) a certification from the chief judge of that court to the effect that each and every judge has been offered the case and refused to take it.


Sent from my crummy notesmail!