UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERCIA, | No. 2:09-CV-2445 KJM EFB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SIERRA PACIFIC INDUSTRIES, et al., | |
| Defendants. | |

With the understanding that clarification of her position is in the best interests of the court, the undersigned hereby formally recuses herself from this action as provided by 28 U.S.C. § 455(a). Any dates still set in the above-entitled action before the undersigned are hereby vacated.

DATED: October 23, 2014.

_____
UNITED STATES DISTRICT JUDGE

1