UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cv-02445-KJM-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| SIERRA PACIFIC INDUSTRIES, et al., | |
| Defendants. | |

The Court is in receipt of the Recusal Order of District Judge Kimberly J. Mueller in the above entitled action. Accordingly, this matter is hereby REASSIGNED to Senior District Judge William B. Shubb and Magistrate Judge Allison Claire for all further proceedings. The caption on documents filed in this case shall be shown as No. 2:09-cv-02445-WBS-AC.

IT IS SO ORDERED.

Dated: October 23, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1