UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | CIV. NO. 2:09-02445 WBS AC |
|---|---|
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| SIERRA PACIFIC INDUSTRIES, et al., | |
| Defendants, | |
| AND ALL RELATED CROSS-ACTIONS. | |

----oo0oo----

The above-entitled action was reassigned to the undersigned judge. A status conference is hereby set for November 24, 2014 at 2:00 p.m. in Courtroom No. 5 to discuss how this case should proceed. One week prior to the status conference, the parties shall submit a Joint Status Report proposing how the court should handle Sierra Pacific Industries' motion to set aside the judgment.

1

       The Joint Status Report shall address:

    (1)  a proposed briefing schedule;

    (2)  a suggested hearing date and an estimated duration of any hearing, including an indication as to whether one or both parties anticipate the need for an evidentiary hearing and, if so, the anticipated scope and duration of any evidentiary hearing;

    (3)  whether either party anticipates seeking discovery; and

    (4)  any other issues relevant to the court's handling of the pending motion.

       Defendant's Request for Leave to Exceed Page Limit (Docket No. 593-1) is granted. Because the undersigned judge does not impose page limitations for briefs, leave need not be sought to file briefs in excess of a certain length.

       IT IS SO ORDERED.

Dated: October 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE