BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
KELLI L. TAYLOR
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CV-2445 WBS AC |
|---|---|
| Plaintiff, | DECLARATION OF KELLI L. TAYLOR IN SUPPORT OF UNITED STATES' MOTION FOR DISQUALIFICATION OF COUNSEL AND ANCILLARY RELIEF |
| v. | |
| SIERRA PACIFIC INDUSTRIES, INC., et al., | DATE: December 15, 2014 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. William B. Shubb |
| AND RELATED ACTIONS. | |

I, Kelli L. Taylor, hereby declare as follows:

1. I am an Assistant United States Attorney and am counsel of record for plaintiff the United States of America in the above captioned action. Unless otherwise identified, the following facts are based on my personal knowledge and I can attest to them if called as a witness.

2. The Government has demanded return of anything obtained from Wright. The only attorneys who responded were from Keker & Van Nest, who stated that they have had no involvement in this motion and have nothing responsive to the Government's demand. Attached as the first page to the appendix is a true and correct copy of an email that I received from Steve Ragland on November 14, 2014.

DECLARATION OF KELLI L. TAYLOR IN SUPPORT
OF U.S. MOTION FOR DISQUALIFICATION OF                    1
COUNSEL AND ANCILLARY RELIEF

3. The fact that on September 3, 2007, two Howell's employees were operating bulldozers on defendants' remote timber harvest project is reflected in the Second Amended Complaint, Docket #53 at ¶ 14 and Howell's Answer, Docket # 56 at ¶ 14. Those same documents show that Howell's did shut down operations by 1:00 on September 3, 2007 because of the high fire danger. The remaining facts supporting the United States' factual statement in the accompanying motion were submitted as evidence in response to its summary judgment motion and are referenced on the accompanying request for judicial notice and include:

. Exhibit A: True and correct copies of Deposition testimony of Damon Baker, Howell's 30(b)(6) witness at 44:9-21, 77:2-8, 91:22-92:8, 93:22-94:5, 96:9-97:7, 99:14-100:13, 115:22-116:3, 119:7-120:19, 132:5-133:7;

. Exhibit B: True and correct copies of Deposition Testimony of Kelly Crimon, 77:11-79:23, 270:23-271:4;

. Exhibit C: True and correct copies of Howell's Answers to United States' Second Set of Requests for Admissions, and Amended Answers ##235-38, 247-48, 363, 437-38,

. Exhibit D: True and correct copies of Howell's Answers to United States' third Set of Requests for Admissions, ##490-91;

. Exhibit E: True and correct copies of the deposition of Eunice Howell, Howell's 30(b)(6) Depo., 126:3-127:7

. Exhibit F: True and correct copies of the deposition testimony of Don Beaty, Beaty's 30(b)(6)witness, 141:24-142:13;

. Exhibit G: True and correct copies of the deposition testimony of J. W. Bush at 349:7-250:8, 353:10-15, 355:3-357:3.

I declare, under penalty of perjury, that the foregoing is true and correct based on my own personal knowledge unless otherwise stated.

DATED: November 17, 2014

                                             */s/ Kelli L. Taylor*
                                             KELLI L. TAYLOR