1  Attorney's Name/Bar # Steven D. Di Saia 158119
2  Firm Name Sedgwick LLP
   Address 801 S. Figueroa Street, 19th Floor
3  City, State, Zip Los Angeles, CA  90017
   email address steven.disaia@sedgwicklaw.com
4  Phone (213) 426-6900
   Fax (213) 426-6921
5  Attorney for Third Party Defendant, Caterpillar Inc.
   ☒ Retained
6  ☐ Appointed

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11

12 United States of America           Case Number: 2:09-cv-02445-WBS-AC
             Plaintiff,
13
        v.
14                                    **DESIGNATION OF COUNSEL**

15 Sierra Pacific Industries, et al.
             Defendant.
16 _____ /

17

18      Steven D. Di Saia      hereby designates the following

19 attorney from Sedgwick as counsel for service in this action:

20              Name: Steven D. Di Saia

21      The following attorney is no longer counsel of record in

22 this action:

23              Name: Frederic F. Grannis

24 DATED: November 25, 2014     /s/ Steven D. Di Saia
                                    Steven D. Di Saia
25

26

American LegalNet, Inc.
www.USCourtForms.com