| | |
|---|---|
| DOWNEY BRAND LLP<br>WILLIAM R. WARNE (SBN 141280)<br>MICHAEL J. THOMAS (SBN 172326)<br>ANNIE S. AMARAL (SBN 238189)<br>MEGHAN M. BAKER (SBN 243765)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4731<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100<br>bwarne@downeybrand.com<br>mthomas@downeybrand.com<br>aamaral@downeybrand.com<br>mbaker@downeybrand.com | MATHENY SEARS LINKERT & JAIME, LLP<br>RICHARD S. LINKERT (SBN 88756)<br>JULIA M. REEVES (SBN 241198)<br>3638 American River Drive<br>Sacramento, CA 95864<br>Telephone: (916) 978-3434<br>Facsimile: (916) 978-3430<br><br>Attorneys For Defendants W.M. BEATY & ASSOCIATES, INC. AND ANN MCKEEVER HATCH, as Trustee of the Hatch 1987 Revocable Trust, et al. |
| BRACEWELL & GIULIANI LLP<br>RICHARD W. BECKLER<br>D.C. Bar No. 262246<br>(*Pro Hac Vice*)<br>JENNIFER T. LIAS<br>Virginia Bar No. 85608<br>(*Pro Hac Vice*)<br>2000 K Street NW, Suite 500<br>Washington, DC 20006-1809<br>Telephone: (202) 828-5874<br>Facsimile: (800) 404-3970<br>richard.beckler@bgllp.com<br>jennifer.lias@bgllp.com | RUSHFORD & BONOTTO, LLP<br>PHILLIP R. BONOTTO (SBN 109257)<br>DEREK VANDEVIVER (SBN 227902)<br>1010 Hurley Way, Suite 410<br>Sacramento, CA 95825<br>Telephone: (916) 565-0590<br><br>Attorneys for Defendant, EUNICE E. HOWELL, INDIVIDUALLY and d/b/a HOWELL'S FOREST HARVESTING |

Attorneys for Defendant/Cross-Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.,<br><br>        Defendant.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 2:09-CV-02445-WBS-AC<br><br>**DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS IN CONNECTION WITH SUPPLEMENTAL BRIEFING REGARDING THE MOONLIGHT PROSECUTORS' FRAUD ON THE COURT**<br><br>Date:     April 6, 2015<br>Time:    2:00 p.m.<br>Dept:    Courtroom 5, 14th floor<br>Judge:   Hon. William B. Shubb |

1395891.1

DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 6, 2015, at 2:00 p.m., or as soon thereafter as this Court may order, in Courtroom 5, 14th floor of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California 95814, before the Honorable William B. Shubb, United States District Judge, Defendants Sierra Pacific Industries ("Sierra Pacific"), W.M. Beaty & Associates, Inc.; Ann McKeever Hatch, as Trustee of the Hatch 1987 Revocable Trust; Leslie Walker, individually and as Trustee of the Brooks Thomas Walker Trust, the Susie Kate Walker Trust, and the Della Grace Walker Trusts; Brooks Walker, III, individually and as Trustee of the Clayton Brooks Danielson, the Myles Walker Danielson, and the Benjamin Walker Burlock Trust, and the Margaret Charlotte Burlock Trust; Wellington Smith Henderson, Jr., as Trustee of the Henderson Revocable Trust; John C. Walker, individually and as Trustee of the Della Walker Van Loben Sels Trust for the issue of John Walker; Jennifer Walker, individually and as Trustee of the Emma Walker Silverman Trust and the Max Walker Silverman Trust; Lindsey Walker, individually and as Trustee of the Reilly Hudson Keenan and Madison Flanders Keenan Trust, aka Lindsey Walker-Silverman; Eunice E. Howell, individually and doing business as Howell's Forest Harvesting Company; Charles C. Henderson, as Trustee of the Charles C. and Kristen Henderson Revocable Trust; James A. Henderson; Joan H. Henderson; Kirby Walker; Brooks Walker, Jr., as Trustee of the Brooks Walker, Jr. Revocable Trust and the Della Walker Van Loben Sels Trust for the Issue of Brooks Walker, Jr.; Richard L. Greene, as Trustee of the Hatch Irrevocable Trust; Mark W. Henderson, as Trustee of the Mark W. Henderson Revocable Trust; and Elena D. Henderson (collectively, "Defendants") will, and hereby do, move for a Request to Seal Documents Submitted in Connection With Defendants' Supplemental Briefing Regarding the Moonlight Prosecutors' Fraud Upon the Court.  This motion is made pursuant to the Eastern District of California Local Rules and the Stipulated Protective Order on file in this case.

This motion relates to one document, an unredacted version of Defendants' Supplemental Briefing Regarding the Moonlight Prosecutors' Fraud Upon the Court.

This Request to Seal is brought on the grounds that Defendants' brief quotes one or more

documents that have been designated "Confidential" by the Moonlight Prosecutors under the terms of the Protective Order. Defendants' Request to Seal is based on this Notice of Request to Seal; Request to Seal, including the points and authorities contained therein; Proposed Order; all previous filings and records in this action or matters of which the Court may take judicial notice; and such other matters as may be presented to the Court at the time of hearing.

The Request to Seal, Proposed Order, and document that is the subject of this motion will be emailed to the Court and served on all other parties pursuant to Local Rule 141.

DATED: January 15, 2015               DOWNEY BRAND LLP


                                      By:      /s/ William R. Warne
                                          WILLIAM R. WARNE
                                          Attorneys for Defendant/Cross-Defendant
                                          SIERRA PACIFIC INDUSTRIES

DATED: January 15, 2015               MATHENY SEARS LINKERT & JAIME


                                      By:   /s/ Richard Linkert (as auth'd on 1/15/15)
                                          RICHARD LINKERT
                                          Attorneys For Defendants W.M. BEATY &
                                          ASSOCIATES, INC. AND ANN MCKEEVER
                                          HATCH, as Trustee of the Hatch 1987 Revocable
                                          Trust, et al.

DATED: January 15, 2015               RUSHFORD & BONOTTO, LLP


                                      By:   /s/ Phillip Bonotto (as auth'd on 1/15/15)
                                          PHILLIP BONOTTO
                                          Attorneys for Defendant, EUNICE E. HOWELL,
                                          INDIVIDUALLY and d/b/a HOWELL'S
                                          FOREST HARVESTING