| | |
|---|---|
| DOWNEY BRAND LLP<br>WILLIAM R. WARNE (SBN 141280)<br>MICHAEL J. THOMAS (SBN 172326)<br>ANNIE S. AMARAL (SBN 238189)<br>MEGHAN M. BAKER (SBN 243765)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4731<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100<br>bwarne@downeybrand.com<br>mthomas@downeybrand.com<br>aamaral@downeybrand.com<br>mbaker@downeybrand.com | MATHENY SEARS LINKERT & JAIME, LLP<br>RICHARD S. LINKERT (SBN 88756)<br>JULIA M. REEVES (SBN 241198)<br>3638 American River Drive<br>Sacramento, CA 95864<br>Telephone: (916) 978-3434<br>Facsimile: (916) 978-3430<br><br>Attorneys For Defendants W.M. BEATY & ASSOCIATES, INC. AND ANN MCKEEVER HATCH, as Trustee of the Hatch 1987 Revocable Trust, et al. |
| BRACEWELL & GIULIANI LLP<br>RICHARD W. BECKLER<br>D.C. Bar No. 262246<br>(*Pro Hac Vice*)<br>JENNIFER T. LIAS<br>Virginia Bar No. 85608<br>(*Pro Hac Vice*)<br>2000 K Street NW, Suite 500<br>Washington, DC 20006-1809<br>Telephone: (202) 828-5874<br>Facsimile: (800) 404-3970<br>richard.beckler@bgllp.com<br>jennifer.lias@bgllp.com | RUSHFORD & BONOTTO, LLP<br>PHILLIP R. BONOTTO (SBN 109257)<br>DEREK VANDEVIVER (SBN 227902)<br>1010 Hurley Way, Suite 410<br>Sacramento, CA 95825<br>Telephone: (916) 565-0590<br><br>Attorneys for Defendant, EUNICE E. HOWELL, INDIVIDUALLY and d/b/a HOWELL'S FOREST HARVESTING |
| Attorneys for Defendant/Cross-Defendant<br>SIERRA PACIFIC INDUSTRIES | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES, et al.,<br><br>Defendant.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 2:09-CV-02445-KJM-EFB<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO SEAL DOCUMENTS**<br><br>Date: April 6, 2015<br>Time: 2:00 p.m.<br>Dept: Courtroom 5, 14th floor<br>Judge: Hon. William B. Shubb |

1385818.2

(PROPOSED) ORDER GRANTING REQUEST TO SEAL DOCUMENTS

Defendants' Request to Seal Documents In Connection With Supplemental Briefing Regarding the Moonlight Prosecutors' Fraud On the Court ("Supplemental Brief") is DENIED. In light of the allegations at this stage of the proceeding, nothing should be withheld from public scrutiny.

IT IS SO ORDERED.

Dated: January 16, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE