UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CIV. NO. 2:09-02445 WBS AC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SIERRA PACIFIC INDUSTRIES, et al., | |
| Defendants, | |
| AND ALL RELATED CROSS-ACTIONS. | |

The court has today entered an Order denying defendants' motions to set aside the judgment and for a temporary stay of the settlement agreement in this action. There is accordingly no longer anything pending before this court in this matter. All claims were dismissed with prejudice on July 18, 2012, and this case has been closed. Plaintiff's motion to disqualify defense counsel (Docket No. 613) is therefore DENIED as moot.

Dated: April 17, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1